IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| JER/JAMESON MEZZ BORROWER II LLC, | ) | Case No. 11-_____ (____) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

Following is a list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007 d) for filing in these chapter 11 cases. The list does not include 1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or 2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Contingent, unliquidated, disputed or subject to set off | Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| None | | | | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JER/JAMESON MEZZ BORROWER II LLC, | ) | Case No. 11-_____ (___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATION CONCERNING LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

The debtor and debtor in possession (the "Debtor") in the above-captioned case hereby certifies under penalty of perjury that the *List of Creditors Holding the 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding the 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: 1) a waiver of any defense to any listed claims; 2) an acknowledgement of the allowability of any listed claims; and/or 3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 18, 2011

_____
James L. Gregory
Vice President

DOCS_DE:173514.5 46344-001