# EXHIBIT A

# CORPORATE STRUCTURE

JER Real Estate Partners III, LP
JER Qualified Real Estate Partners III, LP
JER Argila Investor I, LLC
JER Argila Investor II, LLC
Park Management Group, Inc.
Argila, LLC (DE LLC)
Jameson Inns, Inc. (GA Corp.)
SSI/PMG LLC (GA LLC)
Legend
Borrower / Property Owner
GP or Managing Member Interest
Management Agreement
Newly Created DE SPEs
Property Manager
Newly Created DE SPEs Mezzanine Borrower
100% Member
Jameson Alabama LLC (AL LLC)
99% GP
99% GP
99.8% Member
100% Member
99.8% LP
99% LP
Kitchin Hospitality, LLC (GA LLC)
1% GP
0.1% GP
0.1% LP
0.2% Managing Member
Jameson Properties, LLC (GA LLC)
Jameson Properties of Tennessee, L.P. (TN LP)
1% LP
1% LP
Jameson Inns Financing 01, LP (GA LP)
Jameson Inns Financing 02, LP (GA LP)
Jameson Inns Financing 03, LP (GA LP)
Jameson Lodging, LLC (GA LLC)
SIE Corporation (IN Corp.)
Jameson Franchising Company, LLC (GA LLC)
Jameson Outdoor Advertising Company (GA Corp.)
Jameson Management Company (GA Corp.)
Jameson Inn Financing Trust (DE Statutory Trust)
Loyalty Marketing Securities Company, LLC (GA LLC)
13%
7%
55%
24%
10%
11%
JER/Jameson Holdco LLC
JER/Jameson Mezz Borrower IV LLC
JER/Jameson Mezz Borrower III LLC
JER/Jameson Mezz Borrower II LLC
JER/Jameson Mezz Borrower I LLC
100%
100%
JER/Jameson Properties LLC
JER/Jameson GP LLC
99% LP
1% GP

