IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> JER/JAMESON MEZZ BORROWER II LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 11-13338 (MFW) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for CDCF JIH Funding, LLC and ColFin JIH Funding, LLC (collectively, the "Colony JIH Lenders" or "Colony") in the above-captioned case and demand, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned attorneys, at the addresses set forth below:

| | |
|---|---|
| Pauline K. Morgan (No. 3650) <br> John T. Dorsey (No. 2988) <br> Margaret Whiteman Greecher (No. 4652) <br> Patrick A. Jackson (No. 4976) <br> YOUNG CONAWAY STARGATT & TAYLOR, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 571-6600 <br> Facsimile: (302) 571-1253 <br> Email: pmorgan@ycst.com <br> Email: jdorsey@ycst.com <br> Email: mgreecher@ycst.com <br> Email: pjackson@ycst.com <br> Email: bankfilings@ycst.com | Lindsee P. Granfield, Esq. <br> Sean A. O'Neal, Esq. <br> Jane VanLare, Esq. <br> CLEARY GOTTLIEB STEEN & HAMILTON LLP <br> One Liberty Plaza <br> New York, New York 10006 <br> Telephone: (212) 225-2000 <br> Facsimile: (212) 225-3999 <br> Email: lgranfield@cgsh.com <br> Email: soneal@cgsh.com <br> Email: jvanlare@cgsh.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the right of Colony (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any rights, actions, or defenses relating to the scope of the Bankruptcy Court's jurisdiction pursuant to the United States Supreme Court's decision in *Stern v. Marshall*, 131 S. Ct. 2594 (2011), or (5) to any other rights, claims, actions, setoffs, or recoupments to which Colony is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves. Nor shall this Notice of Appearance and Request for Service of Papers be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Date: October 19, 2011
Wilmington, Delaware

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Pauline K. Morgan*
Pauline K. Morgan (No. 3650)
John T. Dorsey (No. 2988)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email: pmorgan@ycst.com
Email: jdorsey@ycst.com
Email: mgreecher@ycst.com
Email: pjackson@ycst.com

-AND-

Lindsee P. Granfield, Esq.
Sean A. O'Neal, Esq.
Jane VanLare, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: lgranfield@cgsh.com
Email: soneal@cgsh.com
Email: jvanlare@cgsh.com

*Attorneys for Colony JIH Lenders*