IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                           :   Chapter 11
                                                                 :
JER/Jameson Mezz Borrower II LLC,[1]                             :   Case No. 11-13338 (MFW)
                                                                 :
Debtor.                                                          :
---------------------------------------------------------------- x

### ORDER GRANTING THE COLONY JIH LENDERS RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTIONS 362(d) AND (f) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "Motion")[2] of CDCF JIH Funding, LLC and ColFin JIH Funding, LLC (collectively, "Colony JIH Lenders") seeking entry of an order pursuant to sections 105, 362(d) and (f) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") granting relief from the stay with respect to its collateral securing the Second Mezz Loan, as set forth more fully in the Motion, and all pleadings and evidence related thereto; and the Court having jurisdiction over the Motion pursuant to sections 157 and 1334 of title 28 of the United States Code; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor's estate, its creditor(s), and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED in its entirety; and it is further

---

[1] The last four digits of the Debtor's federal tax identification number are 6522. The Debtor's mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED that the Colony JIH Lenders are granted relief from the automatic stay to exercise their state-law rights and remedies against their collateral, including without limitation, the right to reregister the Debtor's pledged 100% membership interest in the First Mezz Borrower, and to continue and complete the foreclosure sale of such interest, to transfer title to such interest, and to apply the sale proceeds (if any) to the Debtor's obligations to the Colony JIH Lenders; and it is further

ORDERED that the fourteen-day stay under Bankruptcy Rule 4001(a)(3) is waived; and it is further

ORDERED that notwithstanding any possible application of Bankruptcy Rules 6006(d), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2011
Wilmington, Delaware

---
The Honorable Mary F. Walrath
United States Bankruptcy Judge