# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **JER/Jameson Mezz Borrower II LLC,**[1] | : | Case No. 11-13338 (MFW) |
| | : | |
| Debtor. | : | Hr'g Date: TBD |
| | : | Objection Deadline: TBD |

## DECLARATION OF CHRISTIAN FUQUA

I, Christian Fuqua, hereby declare as follows:

1. I am an Associate Vice President of Colony Capital, LLC, whose affiliates ColFin JIH Funding, LLC and CDCF JIH Funding, LLC (together with ColFin JIH Funding, LLC, the "Colony JIH Lenders") are the Movants.

2. I make this declaration in support of the Movants' (i) Emergency Motion for Entry of an Order Granting Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code, (ii) Emergency Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, With Prejudice, and (iii) Motion Requesting an Order Shortening Notice Periods For and Scheduling Expedited Hearing on Colony's Emergency Motions (I) For Entry of an Order Granting Relief from the Automatic Stay Pursuant to Sections 1112(b) and/or 305(a) of the Bankruptcy Code.

3. Attached hereto as Exhibit A is a true and correct copy of the Second Mezzanine Loan Agreement by and between JER/Jameson Mezz Borrower II LLC ("Debtor") and Movants (as successors in interest to Wachovia Bank, National Association), dated as of July 27, 2006.

---

[1] The last four digits of the Debtor's federal tax identification number are 6522. The Debtor's mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Omnibus Amendment to the Loan Agreement and the Loan Documents by and between Debtor, JER Financial Products III, LLC ("<u>Guarantor</u>"), and Movants (as successors in interest to Wachovia Bank, National Association) dated as of September 28, 2006.

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Second Mezzanine Pledge and Security Agreement by and between Debtor and Movant (as successors in interest to Wachovia Bank, National Association), dated as of July 27, 2006.

6. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the Second Mezzanine Promissory Note to CDCF JIH Funding, LLC, dated as of July 27, 2006.

7. Attached hereto as <u>Exhibit E</u> is a true and correct copy of the Second Mezzanine Promissory Note to ColFin JIH Funding, LLC, dated as of July 27, 2006.

8. Attached hereto as <u>Exhibit F</u> is a true and correct copy of the UCC Financing Statement.

9. Attached hereto as <u>Exhibit G</u> is a true and correct copy of the UCC Financing Statement Amendment.

10. Attached hereto as <u>Exhibit H</u> is a true and correct copy of the Certificate For Limited Liability Company Interests In JER/Jameson Mezz Borrower I LLC.

11. Furthermore, I submit the following estimates as of October 19, 2011 with respect to the second mezzanine loan:

   a. Unpaid principal: $38,986,944.
   b. Accrued interest: $724,829 from July 9, 2011 through October 19, 2011.
   c. Late charges: $31,404 from August 9, 2011 through October 9, 2011.
   d. Attorneys' fees: $2,655,000.

    e. Advances for taxes, insurance and the like: $0.

    f. Unearned interest: n/a

    g. Other charges: $2,269,000.

  12. The per diem interest factor (i.e., the daily amount of interest expense based on the accrued loan balance as of October 8, 2011, using the default interest rate for the period October 9, 2011 through November 8, 2011) is $8,796.

  13. With respect to the first mezzanine loan, the unpaid principal is $38,986,944; the accrued interest from July 9, 2011 to October 19, 2011 is $606,252; and the late charges from August 9, 2011 to October 9, 2011 are $26,122.

  14. On information and belief, with respect to the senior loan, the unpaid principal is $170,567,883; the accrued interest from July 9, 2011 to October 19, 2011 is $2,327,542; and the late charges from August 9, 2011 to October 9, 2011 are $99,809.

  15. Attached as <u>Exhibit I</u> is a true and correct copy of the Amended and Restated Intercreditor Agreement dated as of September 28, 2006.

  16. Attached as <u>Exhibit J</u> is a copy of the Debtor's limited liability company agreement, dated July 27, 2006 (the "<u>LLC Agreement</u>").  Due to a clerical error, the signature pages for the LLC agreements for JER/Jameson Mezz Borrower I LLC (the "<u>First Mezz Borrower</u>") and the Debtor appear to have been inadvertently switched in the collateral files provided to the Colony JIH Lenders.  Attached as <u>Exhibit K</u> is a copy of the LLC agreement for the First Mezz Borrower, dated July 27, 2006, containing the correct signature page for the Debtors' LLC Agreement.

  17. Attached as <u>Exhibit L</u> is an example of a public notice of foreclosure scheduled for November 1, 2011 for one of the hotel properties located in Georgia.

18. Attached as <u>Exhibit M</u> is a true and correct copy of the notice dated September 9, 2011 of the upcoming foreclosures that the Colony JIH Lenders received from Wells Fargo Bank, N.A ("<u>Wells Fargo</u>").

19. Attached as <u>Exhibit N</u> is a true and correct copy of the Memorandum in Support of Defendants' Motion to (A) Dissolve or Narrow the Court's Temporary Restraining Order and (B) Allow Expedited Discovery [Case No. 652252/2011, N.Y. Supreme Court] (the "<u>TRO Dissolution Memo</u>").

20. Attached as <u>Exhibit O</u> is a true and correct copy of the Order To Show Cause and Temporary Restraining Order dated August 12, 2011 [Case No. 652252/2011, N.Y. Supreme Court] (the "<u>TRO</u>").

21. Attached as <u>Exhibit P</u> is the Senior Loan Default Notice dated as of August 9, 2011 sent by Wells Fargo (the "<u>Mortgage Loan Default Notice</u>").

22. Attached as <u>Exhibit Q</u> is the collection of notices dated as of August 9, 2011 sent by AB US REP Jameson I LLC with respect to the first mezzanine loan (collectively, the "<u>AB Default Notices</u>").

23. Attached as <u>Exhibit R</u> is a letter from Gramercy Loan Services LLC dated July 29, 2011.

[*The rest of this page is intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: October 20, 2011
      New York, New York

*Christian Fuqua*
Christian Fuqua