IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| JER/JAMESON MEZZ BORROWER II LLC,[1] ) | Case No. 11-13338 (MFW) |
| ) | |
| Debtor. ) | |
| ) | **Related Docket No. 30** |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 26, 2011, AT 11:30 A.M.[3]**

**PLEASE NOTE THAT THE HEARING WILL BE
HELD AT THE FOLLOWING LOCATION:**

**824 N. MARKET STREET
5th FLOOR, COURTROOM NO. 4
WILMINGTON, DELAWARE**

**UNCONTESTED MATTER:**

1. Status Conference Regarding Petition of JER/Jameson Mezz Borrower II LLC

    Related Documents:

    A. Petition of JER/Jameson Mezz Borrower II LLC [Filed: 10/18/11] (Docket No. 1)

    B. Declaration of James L. Gregory in Support of Chapter 11 Petition [Filed: 10/19/11] (Docket No. 2)

    C. Notice of Status Conference [Filed: 10/21/11] (Docket No. 14)

    D. Petition of JER/Jameson Mezz Borrower I LLC (Case No. 11-13392) [Filed: 10/25/11] (Docket No. 1)

    E. **Supplemental Declaration of James L. Gregory in Support of Additional Chapter 11 Petition and Joint Administration Motion [Filed: 10/25/11] (Docket No. 33)**

    F. **Petition of JER/Jameson GP LLC (Case No. 11-13407) [Filed: 10/26/11] (Docket No. 1)**

---

[1] The Debtor in this case, along with the last four digits of its federal tax identification number, is JER/JAMESON MEZZ BORROWER II LLC (6522). The Debtor's mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.
[2] **Amended information is reflected in bold.**
[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

G. Petition of JER/Jameson Properties LLC (Case No. 11-13408) [Filed: 10/26/11] (Docket No. 1)

H. Petition of JER/Jameson NC Properties LP (Case No. 11-13409) [Filed: 10/26/11] (Docket No. 1)

Status: This matter will go forward.

**CONTESTED MATTERS:**

2. Colony JIH Lenders' Emergency Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 9)

Response Deadline: October 25, 2011 at 2:00 p.m.

Responses Received:

A. Omnibus Objection of Debtor to Colony JIH Lenders' Emergency Motions for Entry of Orders (A) Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice, and (B) Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/25/11] (Docket No. 25)

B. Declaration of Matthew R. Neimann in Support of Omnibus Objection of Debtor to Colony JIH Lenders' Emergency Motions for Entry of Orders (A) Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice, and (B) Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/25/11] (Docket No. 26)

Related Documents:

A. [Proposed] Order Dismissing the Debtor's Chapter 11 Case Pursuant to Sections 1112(b) and 305(a) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 9)

B. Declaration of Christian Fuqua [Filed: 10/21/11] (Docket No. 12)

C. [Signed] Order Shortening Notice Period for and Scheduling Expedited Hearing on Colony JIH Lenders' Emergency Motions (I) for Entry of an Order Granting Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and (II) for Entry of an Order Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 15)

D. Notice of Colony JIH Lenders' (I) Motion to Dismiss and (II) Motion for Relief from the Stay and Related Pleadings [Filed: 10/21/11] (Docket No. 16)

Status: This matter will go forward.

3. Colony JIH Lenders' Emergency Motion for Entry of an Order Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 10)

   Response Deadline: October 25, 2011 at 2:00 p.m.

   Responses Received:

   A. Omnibus Objection of Debtor to Colony JIH Lenders' Emergency Motions for Entry of Orders (A) Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice, and (B) Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/25/11] (Docket No. 25)

   B. Declaration of Matthew R. Neimann in Support of Omnibus Objection of Debtor to Colony JIH Lenders' Emergency Motions for Entry of Orders (A) Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice, and (B) Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/25/11] (Docket No. 26)

   Related Documents:

   A. [Proposed] Order Granting the Colony JIH Lenders Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 10)

   B. Declaration of Christian Fuqua [Filed: 10/21/11] (Docket No. 12)

   C. [Signed] Order Shortening Notice Period for and Scheduling Expedited Hearing on Colony JIH Lenders' Emergency Motions (I) for Entry of an Order Granting Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and (II) for Entry of an Order Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 15)

   D. Notice of Colony JIH Lenders' (I) Motion to Dismiss and (II) Motion for Relief from the Stay and Related Pleadings [Filed: 10/21/11] (Docket No. 16)

   Status: This matter will go forward.

## ADDITIONAL MATTER:

4.  Motion of the Debtors for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Filed: 10/26/11] (Docket No. 38)

    Related Documents:

    A.  [Proposed] Order Authorizing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Filed: 10/26/11] (Docket No. 38)

    Status: This matter will go forward.

## ADDITIONAL MATTER TO BE SCHEDULED:

5.  Motion of the Debtors Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure for Entry of Order Authorizing Expedited Discovery from Park Management Group, LLC [Filed: 10/26/11] (Docket No. 39)

    Related Documents:

    A.  [Proposed] Order Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure for Entry of Order Authorizing Expedited Discovery from Park Management Group, LLC [Filed: 10/26/11] (Docket No. 39)

    Status: The Debtors will request that the motion will be scheduled for a hearing.

Dated: October 26, 2011

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Timothy P. Cairns
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:      ljones@pszjlaw.com
             dbertenthal@pszjlaw.com
             tcairns@pszjlaw.com

[Proposed] Counsel to Debtors