# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JER/Jameson Mezz Borrower II LLC | | |
| **Case Number:** | 11-13338-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 26, 2011 11:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matters:*

**1)** Status Conference
   **R / M #:**   40 / 0

**2)** Colony Motion to Dismiss
   **R / M #:**   0 / 0

**3)** Colony Motion for Relief from Stay
   **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
   Item 1 - Status Conference held
   Items 2 and 3 - Continued to 11/22 at 12:30 pm
   Item 4 - Order entered
   Item 5 - To be noticed for 11/1 at 4:00 pm