IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                              : Chapter 11
                                                    :
JER/JAMESON MEZZ                                    : Case No. 11-13338 (MFW)
BORROWER II LLC, et al.,[1]                         :
                                                    :
                            Debtors.                :
---------------------------------------------------------------- x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 29, 2011, CDCF JIH Funding, LLC and ColFin JIH Funding, LLC (collectively, the "Colony JIH Lenders"), by and through its undersigned counsel, caused a copy of **Colony JIH Lenders First Set of Requests for Production of Documents Directed to the Debtors** and **Notice Of 30(b)(6) Deposition Directed To The Debtors** to be served via electronic mail upon the following:

| | |
|---|---|
| The Debtors<br>c/o Laura Davis Jones, Esq.<br>Pachulski Stank Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19899<br>ljones@pszjlaw.com | Alan J. Kornfeld, Esq.<br>Pachulski Stank Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles, CA 90067-4100<br>akornfeld@pszjlaw.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification numbers, are JER/JAMESON MEZZ BORROWER II LLC (6522); JER/JAMESON MEZZ BORROWER I LLC (6488); JER/JAMESON PROPERTIES LLC (6426); JER/JAMESON NC PROPERTIES LP (8691); and JER/JAMESON GP LLC (6272). The Debtors' mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

Dated: October 29, 2011   YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michael S. Neiburg*
Pauline K. Morgan (No. 3650)
John T. Dorsey (No. 2988)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
Michael S. Neiburg (No. 5275)
Justin H. Rucki (No. 5304)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-AND-

Lindsee P. Granfield, Esq.
Sean A. O'Neal, Esq.
Boaz Morag, Esq.
Jane VanLare, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for CDCF JIH Funding, LLC
and ColFin JIH Funding, LLC*