# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JER/JAMESON MEZZ BORROWER II, LLC, *et. al.*,[1] | ) ) ) | Case No. 11-13338 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## LIMITED OBJECTION AND RESERVATION OF RIGHTS TO (I) DEBTORS' APPLICATION TO RETAIN EPIQ BANKRUPTCY SOLUTIONS LLC, (II) DEBTORS' CASH MANAGEMENT MOTION AND (III) MOTION TO PAY PREPETITION OBLIGATIONS

Wells Fargo Bank, N.A., solely in its capacity as special servicer for U.S. Bank National Association, as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2006-WHALE 7 ("**Wells Fargo**"), files this limited objection and reservation of rights (the "**Objection**") to the (i) *Application for Order Approving Debtors' Retention of Epiq Bankruptcy Solutions LLC as Claims, Notice, and Balloting Agent Pursuant to 28 U.S.C. § 156(c), Bankruptcy Rule 2002(f) and Local Rule 2002-1(f)* [Docket No. 47]; (ii) *Debtors' Motion for an Order Authorizing (I) Maintenance of Existing Bank Accounts, (II) Continued Use of Existing Business Forms, (III) Continued Use of Existing Cash Management System, and (IV) Waiver of Section 345(b) Deposit and Investment Requirements* [Docket No. 78]; (iii) *Motion of the Debtors for Entry of Order Authorizing, But Not Directing, the Debtors (a) To Pay Prepetition Obligations and (b) To Honor Postpetition Obligations Pursuant to the Property Management Agreement* [Docket No. 81] (collectively, the **First Day Motions**").

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers, are JER/Jameson Mezz Borrower II LLC (6522); JER/Jameson Mezz Borrower I LLC (6488); JER/Jameson Properties LLC (6426); JER/Jameson NC Properties LP (8691); and JER/Jameson GP LLC (6272). The Debtors' mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

## RESERVATION OF RIGHTS

Because the Operating Debtors filed their First Day Motions several hours before the interim hearing, Wells Fargo reserves its right to object and be heard on any other matter at the November 1, 2011 hearing on the First Day Motions.

Dated this 1st day of November 2011

**MORRIS JAMES LLP**

/s/ Jeffrey R. Waxman

Jeffrey R. Waxman (Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
(P) 302.888.6800
(F) 302.571.1750
jwaxman@morrisjames.com

-and-

Jason H. Watson (GA Bar No. 741414)
David A. Wender (GA Bar No. 748117)
Jonathan T. Edwards (GA Bar No. 134100)
**ALSTON & BIRD LLP**
1201 West Peachtree St.
Atlanta, Georgia 30309-3424
(P) 404.881.7000
(F) 404.881.7777
jason.watson@alston.com
david.wender@alston.com
jonathan.edwards@alston.com