# EXHIBIT A

Management Agreement

## MASTER PROPERTY MANAGEMENT AGREEMENT

THIS MASTER PROPERTY MANAGEMENT AGREEMENT (this "**Agreement**") made and entered into as of the 27th day of July, 2006 (the "**Effective Date**"), by and among SSI PMG LLC, a Georgia limited liability company ("**PMG**"), and each of the entities identified as "Owners" on the signature pages hereto. Such Owners and any other person or entity who subsequently becomes a party to this Agreement as an "Owner" are hereinafter referred to, collectively, as the "**Owners**" and, individually, as an "**Owner**." PMG and the Owners are sometimes hereinafter referred to, collectively, as the "**Parties**" and, individually, as a "**Party**."

## W I T N E S S E T H:

WHEREAS, each Owner is the owner of that certain hotel(s) located at the address listed next to such Owner on attached **Schedule 1** (said hotels hereinafter referred to, collectively, as the "**Projects**" and, individually, as a "**Project**"); and

WHEREAS, each Owner desires to hire PMG as property manager of its Project(s), on the terms and conditions more particularly hereinafter set forth;

NOW, THEREFORE, in consideration of the premises and of the mutual promises, obligations and agreements contained herein, the Parties, intending to be, and being, legally bound, do hereby agree as follows:

## Section 1. Employment of PMG

The Owners hereby employ PMG under the terms and conditions of this Agreement as the exclusive manager and leasing agent of the Projects. PMG hereby accepts such employment and does hereby agree to use its reasonable, good faith efforts in the performance of its duties hereunder.

## Section 2. Term

2.1    Initial Term. Unless terminated early as provided in Section 2.2 below, the term of this Agreement shall commence on the Effective Date and expire at midnight, Atlanta, Georgia time, on December 31, 2010, and shall automatically renew for two (2) year terms unless notification by either PMG or any Owner(s) of its or their intention to terminate at maturity is given at least six (6) months prior to maturity; provided, however, that such termination shall only be effective with respect to the Owner(s) giving or, in the case of PMG giving the notice, identified in the termination notice.

2.2    Early Termination Events. A "Partial Termination" (as hereinafter defined in Section 2.4) shall occur with respect to any "Terminating Owner" (as hereinafter defined in Section 2.4) and PMG at any time after PMG has rendered management services for such Terminating Owner's Project for twelve (12) months under this Agreement, upon the expiration of sixty (60) days following the giving by such Terminating Owner of written notice to PMG that

1

such Terminating Owner has elected to effect a Partial Termination; provided such Terminating Owner shall pay to PMG on or before the sixtieth (60th) day after such notice, in addition to all other management fees due and payable to PMG during the term hereof (including the final sixty (60) days), an extra payment (the "**Convenience Termination Payment**") equal to the management fees that have been paid or, if not paid, that are payable to PMG for the twelve-month period preceding the Partial Termination.

2.3     Termination For Cause.  In addition to the termination rights provided in Section 2.2 above, each Owner shall have the right, upon giving PMG five (5) days' prior written notice, to effect a Partial Termination for cause; provided, however, that this Agreement shall continue to be in full force and effect with respect to the Owners who have not effected a Partial Termination for cause.  The term "**for cause**" shall mean: (a) a material breach of the terms of this Agreement by PMG that continues for a period of thirty (30) days following written notice of breach from an Owner; (b) engaging in an activity which is intentionally injurious to an Owner, however, participation in a business venture which competes with the business of such Owner will not, in and of itself, constitute an activity intentionally injurious to such Owner; (c) committing an act of fraud, gross negligence, willful material misconduct or willful and material misrepresentations against an Owner; or (d) using or appropriating for personal use or benefit funds or properties of an Owner when not authorized to do so.  No Convenience Termination Payment shall be due PMG in the event of a Partial Termination for cause.

2.4     Effect of Termination.  Any termination by, or in respect of, any number of Owners less than all of the Owners (each, a "**Terminating Owner**"), shall constitute a partial termination of this Agreement and shall only be effective with respect to such Terminating Owner(s) (each, a "**Partial Termination**"), and shall not release PMG or any Owner who is not a Terminating Owner from the obligations and duties owed to the other under this Agreement unless otherwise provided herein.  Upon any Termination pursuant to Section 2.2 or Section 2.3 above, PMG shall render an accounting to the Terminating Owner(s), the Terminating Owner(s) shall pay PMG all amounts to which PMG would be entitled under Section 8.1 hereof as if the date on which the Termination is effective were the first day of the calendar month immediately succeeding the month in which such termination occurs, and thereafter, neither PMG nor the Terminating Owner(s) shall have any rights against or duties or obligations to the other hereunder, except as otherwise expressly provided herein.  This Agreement shall be terminated in its entirety upon all Owners either effecting a Partial Termination or terminating this Agreement at maturity as provided in Section 2.1 (a "**Complete Termination**"; a Partial Termination and a Complete Termination are sometimes hereinafter referred to, collectively, as a "**Termination**").

Section 3. Duties of PMG.

3.1     Specific Duties.  PMG's responsibilities hereunder as the exclusive manager and leasing agent of each Project shall include, without limitation, the following specific duties in respect of each Project, all of which shall be performed at the sole cost and expense of the Owner of the Project (except as otherwise specified hereunder) and for, on behalf of, and in the name of such Owner:

(a)     Operating the Project in conformity with all applicable governmental approvals and permits, and performing such acts within the control of PMG as shall be necessary to effect compliance on the part of the Owner of the Project with all laws, rules, ordinances, statutes and regulations of any governmental authority applicable to the operation of the Project;

(b)     (1) Supervising the performance of all full or part-time on-site employees (such employees to be and remain the employees of the Owner of the Project or of other affiliated Owners who may from time to time be temporarily assigned to the Project), leasing personnel and maintenance personnel, and (2) negotiating and entering into contracts on behalf of the Owner of the Project and on terms approved by such Owner with, and supervising the performance of, all independent contractors, subcontractors, suppliers, and servicing agents, required for the proper management, leasing, maintenance, repair and operation of the Project;

(c)     Maintaining financial and business books and records for the Owner of the Project as required by Section 5 hereof;

(d)     Using its reasonable, good faith efforts to solicit, to market and operate the Project as within the parameters as established between PMG and the Owner of the Project;

(e)     Paying the fees, charges, expenses and commissions of all independent contractors, architects, engineers, subcontractors, suppliers, and service agents utilized in management, operation, maintenance, or repair of the Project;

(f)     Paying (1) all or an appropriate part of the wages, salaries, or commissions of all full or part-time on-site employees, leasing personnel, and maintenance personnel employed by the Owner of the Project pursuant to Section 3.1(b) above, other than central office personnel of PMG, and (2) all or an appropriate part of all amounts due for workmen's compensation insurance, social security taxes or levies now in force or hereafter imposed with respect to any such employees or personnel;

(g)     Purchasing all necessary supplies and equipment required for the proper operation, maintenance, repair and restoration of the Project;

(h)     Making or causing to be made all repairs, replacements, renovations and capital improvements on the Project approved by the Owner of the Project as provided in Section 4.2;

(i)     Entering into contracts for or otherwise arranging for the delivery of, and paying all charges owed by the Owner of the Project for, all utilities used in the operation of the Project, including, without limitation, water, electricity, gas, telephone, cable and sewage services;

(j)     Filing all real and personal ad valorem property tax returns required to be filed by the Owner of the Project with respect to the Project and paying all ad valorem taxes on and assessments against the Project which are required to be paid by the Owner of the Project;

(k)     Obtaining and keeping in effect adequate and sufficient policies of insurance with respect to the Project of the types and in the amounts acceptable to the Owner of the Project;

(l)     Employing attorneys to handle any legal matters involving the Project, which attorneys shall be subject to approval of the Owner of the Project;

(m)     Advertising the Project by such forms of advertisement as PMG and the Owner of the Project shall deem appropriate and engaging and paying such advertising agents as PMG and the Owner of the Project shall deem appropriate to implement an effective leasing program for the Project;

(n)     Receiving and collecting from all "Guests" (as hereinafter defined in Section 13) or occupants of the Project the rent and other charges payable under all "Suite Leases" (as hereinafter defined in Section 13) (provided that PMG acknowledges and agrees that all such rent and other charges are the property of the Owner of the Project and that PMG has no rights with respect thereto), and, as PMG deems necessary or appropriate or as the Owner of the Project directs, engaging persons or agencies or bringing legal action against any such Guests or occupants to collect any past due rent or charges or to enforce the terms of any Suite Lease;

(o)     Subject to Section 4.2, repairing or restoring the Project, or any portion thereof, in the event of damage or destruction thereto or the taking thereof by eminent domain, as such repair or restoration is approved by the Owner of the Project, and using all the available insurance proceeds or the net amount of any condemnation award, as the case may be, in connection therewith, together with other funds advanced by the Owner of the Project;

(p)     Furnishing to the Guests or occupants of the Project such services as are usually or customarily furnished by PMG or rendered in connection with the rental of suites or units in an extended stay hotel such as the Project or as are required to be furnished by the landlord or lessor under any Suite Lease or as requested by the Owner of the Project;

(q)     Taking such action from time to time as PMG deems advisable for the efficient and economic management, leasing, operation, and maintenance of the Project and performing all other functions or services in or about the Project as PMG shall deem appropriate for the efficient and economic management, leasing, operation, and maintenance of the Project. This activity shall possibly include certain activities arranged by PMG for the benefit of multiple hotels or other projects

4

wherein PMG acts as intermediary and provides the service to the Project at a cost effectively equal to or possibly better than that which would be charged if the Project were to obtain this service independent of PMG;

(r)     Administrative responsibility to pay, if directed by the Owner of the Project, all Debt Service (as hereinafter defined in Section 13) due under any mortgage out of such Owner's funds if and only to the extent that such funds are available; and

(s)     Cooperate with lenders as directed by the Owner of the Project to help comply with requirements of loan agreements that may exist or be initiated during the life of this Agreement.

Each Owner shall fully cooperate with PMG, at such Owner's sole cost and expense, as reasonably requested by PMG, from time to time, in order to facilitate the performance by PMG of its obligations under this Section 3.1.

Section 4. Authority of PMG.

4.1     General Authority.  Subject to the provisions of Sections 4.2 below, and to the provisions of any loan and mortgage documents to which any Owner is, or in the future may be, a party, PMG shall have, and is hereby granted, full and complete power, authority, and discretion to act for, and in the name, place, and stead of, each Owner with respect to all matters relating to the management, maintenance, leasing, repair, and operation of such Owner's Project.

4.2     Authority Regarding Certain Expenditures.  PMG shall not, without the prior written authorization of an Owner of a Project, expend any sums or incur any obligation for the expenditure of sums with respect to any single item of expense related to such Owner's Project other than for (a) expense items, ff&e items and CAPEX items estimated on the annual budget prepared under Section 5.4 below, or (b) an instance of maintenance, repair, or alteration of such Project, in an amount not exceeding $15,000.00.

4.3     Request for Owner's Consent, Approval or Authorization.  If PMG shall determine that it is appropriate for the proper management or operation of a Project to do any act as to which the Owner of the Project's prior written consent, approval, or authorization, as the case may be, is required thereunder, PMG may by written notice to the Owner of the Project request such Owner's written consent, approval or authorization thereto.  Unless the Owner of the Project delivers to PMG within ten (10) days after receipt of any request by PMG for the written consent, approval, or authorization of such Owner, a written statement expressly refusing such consent, approval or authorization and setting forth the reasons for such refusal, the Owner of the Project shall be conclusively and irrevocably deemed for all purposes under this Agreement to have expressly given the written consent, approval or authorization, as the case may be, requested by PMG and to have expressly authorized and empowered PMG to do all things necessary or appropriate, in PMG's judgment, to do the act with respect to which such consent, approval, or authorization of the Owner of the Project was requested by PMG.

4.4     Fee for Supervision of Significant Capital Expenditures.  PMG agrees to supervise all routine maintenance and repair of each Project not exceeding a cost of $5,000 at no additional charge to the Owner of the Project.  To the extent the cost thereof exceeds $5,000 at any Project, and at the Owner of such Project's request, PMG agrees to supervise any and all maintenance, repairs, alterations, renovations, improvements or expansion of such Owner's Project for a fee equal to five percent (5.00%) of the cost of such maintenance, repairs, alterations, renovations, improvements or expansion; however, the Owner of the Project shall not be required to hire PMG to supervise any such work and may contract with independent contractors to supervise such work on such terms and conditions as the Owner of the Project may elect.

4.5     REOC Provision.  The parties acknowledge that each Owner is a direct or indirect controlled subsidiary of an entity (the "Parent") that is intended to qualify as a "real estate operating company" (a "REOC") within the meaning of the U.S. Department of Labor plan assets regulation (Section 2510.3-101, Part 2510 of Chapter XXV, Title 29 of the Code of Federal Regulations) and that it is intended that each Owner will have the right, pursuant to this Agreement, to substantially participate directly in the management and development of its Project.  Without limiting the generality of the foregoing, notwithstanding any other provision of this Agreement, without prejudice to the other rights provided to the Owners under this Agreement, PMG agrees to: (i) permit each Owner to visit and inspect its Project and inspect and copy the books and records of PMG related to such Project, at such times as such Owner shall reasonably request; (ii) periodically (at least quarterly) provide each Owner with information and reports regarding Owner's operation and management of such Owner's Project and the performance of its duties under this Agreement and with respect to renovations, alterations, general maintenance, repairs and development activities that PMG has engaged in or intends to engage in with respect to such Project and its surroundings as set forth in this Agreement; (iii) periodically (at least quarterly) consult with each Owner with respect to the operation and management of such Owner's Project including, without limitation, with respect to matters relating to renovations, alterations, general maintenance, repairs and development activities with respect to such Project and its surroundings; and (iv) provide each Owner with such other rights of participation in the management and development of its Project as may reasonably be determined by such Owner to be necessary to enable its Parent to qualify as a REOC, provided such additional rights do not materially adversely affect PMG's ability to perform its duties under this Agreement or the economic benefits enjoyed by PMG under this Agreement.  PMG agrees to consider, in good faith, the recommendations of each Owner in connection with the matters on which it is consulted as described above.

6

Section 5. Accounting.

    5.1    Books of Account.  PMG, at its expense, shall maintain or cause to be maintained true and accurate books or accounts reflecting the operation of each Project in accordance with PMG's historical practices, and all such books and records concerning a Project and the operation thereof shall be the property of the Owner of the Project.  Prior to commencement of guest operations, each Owner agrees to provide PMG with a trial balance sheet or a schedule of assets sufficient to allow PMG to prepare an initial balance sheet for such Owner's Project. Following the first year of operations, each Owner agrees to provide PMG with an income statement or statement of receipts and disbursements sufficient to allow PMG to prepare an income statement or statement of receipts and disbursements.  Each Owner warrants to PMG that all financial information furnished by such Owner shall be true, accurate and complete in all material respects and shall not fail to include any information or liabilities necessary to prevent the financial statements prepared by PMG from being materially misleading.  Each Owner agrees to allow PMG full access at all times to all financial records, tax returns, bank records, loan statements, check books and any and all other "audit level" financial records and documentation of such Owner for purposes of facilitating the performance by PMG of its obligations under this Section 5.

    5.2    Financial and Operating Statements.  PMG, at its expense, shall prepare or cause to be prepared and shall furnish to each Owner promptly after the closing of each calendar quarter an unaudited statement of receipts and disbursements reflecting the operation of such Owner's Project for such quarter. At the close of each calendar year, PMG, at the Owner of the Project's expense, shall prepare or cause to be prepared and furnished to such Owner an unaudited statement of receipts and disbursements reflecting the operation of the Project for such year including a Guest delinquency report and an accounts payable report.  If requested by the Owner of the Project, such statement of receipts and disbursements shall be certified by a firm of independent certified public accountants selected by the Owner of the Project; provided, however, that the cost of having such statement of receipts and disbursements certified by such a firm of accountants shall be borne by such Owner.  PMG also agrees to provide to each Owner, as and when required, all information it may be required to furnish to such Owner under SAS No. 70 and The Sarbanes-Oxley Act of 2002, and otherwise as may be required by applicable law.

    5.3    Additional Records and Information.  PMG shall retain the original of, and furnish the original or a photocopy thereof to each Owner promptly upon request thereof, all invoices, contractors' and subcontractors' requests for payment, Suite Leases, employment contracts, service contracts, commission agreements, correspondence, and other documents and instruments relating to the Owner's Project or its operation and management by PMG hereunder.

    5.4    Budget.  PMG shall prepare, at its expense, and deliver to each Owner each of the following:

    (a)    At least thirty (30) days prior to opening for Guest rental operations, a preliminary budget ("**Preliminary Budget**") setting forth PMG's forecast of Gross Receipts,

operating expenses, capital costs and net income for the Owner's Project for the remainder of the calendar year, which shall be based on PMG's estimates, such Preliminary Budget to be binding upon both parties for purposes of Section 4.2 for a period of sixty (60) days after commencement of Guest rental operations.

(b) On or before expiration of such sixty (60) day period, a revised operating budget for the remainder of the calendar year setting forth PMG's forecast of Gross Receipts, operating expenses, capital costs and net income for the Project for the remainder of the calendar year, which shall take into account actual performance during the initial sixty (60) days of operation; and thereafter, at least thirty (30) days prior to the start of each calendar year during the term hereof, an annual operating budget, setting forth PMG's forecast of Gross Receipts, operating expenses, capital costs expenses, and net income for the Project for such calendar year, which shall be based on the financial information provided by the Owner of the Project for the previous calendar year (or portion thereof covering actual operations). Each of such operating budgets shall be binding upon both parties for purposes of Section 4.2 of this Agreement unless the Owner of the Project shall provide written objection thereto to PMG, specifying and quantifying the objection with reasonable detail as to each disputed budget line item, within five (5) business days of when such operating budget is delivered to the Owner of the Project. In the event any such objection is timely made in accordance with the previous sentence, then the parties shall use their good faith best efforts to resolve any such objection whereupon such operating budget shall be binding upon both parties for purposes of Section 4.2 of this Agreement in the form submitted by PMG and incorporating the adjustments, if any, agreed to by the parties. In the event the parties are unable to resolve any such objection within such five (5) business day period, then the operating budget most recently in effect shall be binding for purposes of Section 4.2, provided that the expenses of such operating budget shall be increased by five percent (5%).

Notwithstanding the above, if the Owner of the Project enters into debt agreements that give the lender rights to budget approval process, such timing shall supersede the timing as outlined herein, and

(c) Promptly after the end of each month during the term of this Agreement, a statement setting forth a monthly reconciliation of the actual operations of the Project for such calendar month with the annual budget therefor.

5.5    Examination of Books. Each Owner, at its expense, shall have the right at all reasonable times during normal business hours to audit, examine, and make copies of or extracts from the business records or books of account maintained by PMG pursuant to Section 5, and such right may be exercised through any other designated agent or employee of the Owner of the Project.

Section 6. Banking.

    6.1    Separate Accounts. All rental income and other funds of the Owners which are
received by PMG hereunder shall be deposited and held in a separate bank account or accounts
for each Owner maintained by PMG. All such funds shall be and remain the property of such
Owner and shall be disbursed by PMG only to pay the obligations of such Owner set forth herein,
or, subject to the provisions of Section 6.2 below, to such Owner at its request. In no event shall
the funds of anyone else be deposited in any such accounts and no Owner's funds shall be
commingled by PMG with the funds of anyone else except as allowed for or possibly dictated by
cash management arrangements negotiated between the Owner(s) and lenders where cash may be
combined (although separately accounted for) to cover reserves for taxes, insurance, principal,
interest, etc.

    6.2    Owner's Duty to Provide Funds. Each Owner, by making deposits to or by
refraining from withdrawing funds from the bank account or accounts established pursuant to
Section 6.1 above, shall at all times maintain sufficient funds in such account or accounts to
enable PMG to pay all obligations of such Owner required to be paid hereunder or incurred by
PMG in the performance of its duties hereunder, including, without limitation, obligations to
PMG hereunder.

    6.3    Reserve Fund. Each Owner agrees to provide PMG with funds to be used for
working capital purposes in respect of such Owner's Project, as provided in the Owner's loan
documents. PMG agrees that all funds of an Owner which are received by PMG and identified
by such Owner as working capital hereunder shall be deposited and held in a separate bank
account maintained by PMG. All such funds shall be and remain the property of the particular
Owner and shall be disbursed by PMG only to pay the obligations of such Owner set forth herein,
or, subject to the provisions of Section 6.2 above, to such Owner at its request. In no event shall
the funds of anyone else be deposited in any such account and no Owner's funds shall be
commingled by PMG with the funds of anyone else except as allowed for or possibly dictated by
cash management arrangements negotiated between the Owner(s) and lenders where cash may be
combined (although separately accounted for) to cover reserves for working capital. Out of the
working capital funds, PMG shall pay for operating expenses as approved in the annual budget
and extraordinary expenses as defined in the Mortgage Loan Agreement dated _____,
2006, by and among Wachovia Bank, National Association and the borrowers therein listed
including, but not limited to, the Owners (the "Wachovia Mortgage Loan").

    6.4    Disposition of Funds upon Termination. Upon a Termination, after payment to
PMG of all amounts owed hereunder to PMG, all funds of the Terminating Owner held by PMG
shall be returned to the Terminating Owner or, at the Terminating Owner's written direction,
transferred to the successor property manager.

Section 7. Standard of Care; Liability; Indemnity.

    7.1    Standard of Care. In the performance of its duties and obligations under this
Agreement, PMG shall diligently and in good faith seek to protect the property rights and

9

interests of each Owner in its Project and to promote the best economic interests of each Owner in its ownership and operation of its Project.

7.2    Liability of PMG. PMG shall not be liable for any errors of judgment or for any mistakes of fact or of law or for anything which it may do or refrain from doing hereunder, other than the gross negligence or willful and intentional acts or omissions of PMG or its agents or employees or the breach of this Agreement by PMG.

7.3    Indemnity by Owners. Each Owner shall indemnify PMG against and hold and save PMG harmless from any liability or expense (including reasonable attorneys' fees and court costs) arising out of such Owner's ownership or operation of its Project prior to such Owner's engagement of PMG as manager under this Agreement including, but not limited to, unpaid payroll taxes, if any. Each Owner shall indemnify PMG against and hold and save PMG free and harmless from any liability or expense (including reasonable attorneys' fees and court costs) arising out of injuries or damages to persons or property, by reason of any cause whatsoever (other than the gross negligence or willful and intentional acts or omissions of PMG or its agents or employees or the breach of this Agreement by PMG) occurring on or around its Project, or elsewhere, if such liability or expense is incurred when PMG is acting pursuant to this Agreement or under the direction of, or with the approval of the Owner of the Project. Each Owner shall indemnify PMG against and hold, save and defend PMG free and harmless from any liability, claim or expense (including reasonable attorneys' fees and court costs) arising out of anything which PMG may do or refrain from doing with respect to its duties hereunder, except in the case of PMG's willful and intentional acts or gross negligence or the breach of this Agreement by PMG. The foregoing indemnity and hold harmless provisions shall survive any Termination. In addition, each Owner shall name PMG as an additional insured party to the liability insurance policy on its Project.

7.4    No Obligation to Third Parties. None of the obligations and duties of PMG under this Agreement shall in any way or in any manner be deemed to create any obligation of PMG to, or any rights in, any person or entity other than the Owners (including, without limitation, any Guest or occupant of any Project or any Mortgagee (as hereinafter defined in Section 13)).

Section 8. Compensation of PMG.

8.1    Property Management Fee. As compensation for PMG's services as the exclusive manager of its Project, each Owner, on the first (1st) day of each calendar month during the term of the Agreement, shall pay PMG a property management fee of three percent (3%) of Gross Receipts (as hereinafter defined in Section 13) for the immediately preceding month (the "Base Management Fee"). In addition to the Base Management Fee, PMG shall be entitled to receive from each Owner and each Owner shall pay PMG, at the same time as the Base Management Fee is paid (subject to the Condition Precedent defined below), an incentive management fee equal to one and one-half percent (1.50%) of Gross Receipts (as hereinafter defined in Section 13) for the immediately preceding month (the "Incentive Management Fee"). However, the Incentive Management Fee shall not accrue or become payable unless the Projects, collectively and not individually, produce the twelve-month budgeted net operating income amount of Thirty-Six

10

Million, Seven Hundred Ninety-One Thousand, Seven Hundred and Eighteen Dollars ($36,791,718) for the twelve-month period ending July 31, 2007 (the "Twelve-Month Measurement Period"), as reflected on the Year 1 NOI Budget presented to Wachovia Bank, National Association (the "Year 1 NOI Budget") and attached hereto as Exhibit "A" and made a part hereof (the "Condition Precedent"). Prior to the Condition Precedent being fully satisfied, compliance with the Condition Precedent shall be measured at the end of each calendar quarter, and, if the Projects as a group meet the NOI target for the preceding portion of the Twelve-Month Measurement Period as set forth in the Year 1 NOI Budget, then, to the extent not previously advanced, the Incentive Management Fee in an amount equal to one and one-half percent (1.50%) of the Gross Receipts for such preceding portion of the Twelve-Month Measurement Period will be advanced to PMG. Notwithstanding the foregoing, PMG's right to retain any Incentive Management Fees that are so advanced shall be subject to satisfaction of the Condition Precedent which is based on the Projects' NOI for the full Twelve-Month Measurement Period and, in the event that the Projects fail to produce the required NOI for the full Twelve-Month Measurement Period, PMG shall return any Incentive Management Fees that it has received for any part of such Twelve-Month Measurement Period. If and when the Condition Precedent has been satisfied, the Condition Precedent shall no longer be applicable and the Incentive Management Fee shall become payable on a monthly basis as set forth above. Notwithstanding the foregoing, the Incentive Management Fee shall be payable to PMG only after the payment of debt service on the Wachovia Mortgage Loan.

   8.2 No Leasing Commissions. No additional compensation will be paid by any Owner in further consideration of the services of PMG as exclusive leasing agent for such Owner's Project.

   8.3 Survival of Payments. A Termination with respect to a Terminating Owner (except for cause as set forth in Section 2.3 above) shall not limit or abrogate the obligation of such Terminating Owner to pay PMG the compensation or amounts due PMG under this Agreement which are earned or become payable (or are reimbursable) prior to such termination.

### Section 9. Reimbursement of PMG.

   9.1 In the event PMG should advance any amounts from its own funds, rather than from the funds of the Owner of the Project, in payment of any of the obligations of such Owner with respect to its Project (including any obligations incurred by PMG in the performance of its duties hereunder), the Owner of the Project, upon request of PMG, shall promptly reimburse PMG or PMG may reimburse itself, from the bank account or accounts maintained in accordance with Section 6 hereof. Any such reimbursement which PMG disburses to itself shall be accounted for by PMG in the next monthly statement furnished to such Owner pursuant to Section 5.2 hereof.

   9.2 Each Owner, upon request of PMG, shall promptly reimburse PMG for advertising costs, public relations brochures and printing costs related to such Owner's Project.

9.3    Each Owner, upon request of PMG, shall promptly reimburse PMG for all expenses incurred by PMG in the rental, management and operation of such Owner's Project, with the exception of the salaries and payroll costs of PMG's central office employees. Such reimbursable expenses shall include, but not be limited to: (i) salaries, benefits and payroll costs of all onsite Project employees, (ii) utilities, (iii) insurance, (iv) property taxes, (v) maintenance and repair costs and (vi) all other costs related to the rental, management and operation of the Project. PMG shall not, however, seek reimbursement from the Owner of the Project for PMG's general and administrative overhead or other central office costs.

## Section 10. Other Activities of PMG.

During the term of this Agreement, PMG and its shareholders, officers, directors and employees may render services identical or similar to those required of PMG hereunder to other owners of real property and PMG and such shareholders, officers, directors or employees may engage in the acquisition, development, leasing, rental, management, operation, sale, and exploitation of real property (whether improved or not) including extended stay hotels for their own accounts and benefit without any accountability or liability whatsoever to any Owner even though such services or business activities compete with or are enhanced by the business activity of any Owner, including any Owner's ownership of its Project.

## Section 11. Assignment.

PMG may assign its rights or delegate its duties under this Agreement in whole or in part without the consent of any Owner.

## Section 12. Nature of Agreement.

The rights and duties hereby granted to and assumed by PMG are those of an independent contractor only. Nothing contained herein shall be so construed as to constitute the relationship hereby created between PMG and any Owner as an employment, a partnership, a joint venture, or a joint agency.

## Section 13. Definitions.

In addition to all other definitions provided in this Agreement, the following definitions are used throughout this Agreement:

13.1    "Agreement" means this Master Property Management Agreement and any exhibits attached hereto, all of which shall be deemed incorporated herein by this reference.

13.2    "Debt Service" means all payments (including principal, interest, and escrow deposits) required to be made under any Mortgage.

13.3　"Gross Receipts" means all revenues received by the Owner of a Project or PMG from operations of such Owner's Project, including gross rental receipts, fees for television, telephone, cable and laundry charges, vending machine receipts and all other receipts arising from or related to the operation of the Owner's Project from any source, before deduction or expenditure for any purpose. The term "Gross Receipts" will not include cash from sale of the Project, cash from refinancing of the Project, proceeds of any capital contribution made by any member or partner of the Owner of the Project, any guest security deposits, or any distributions or payments from reserve amounts or escrow amounts.

13.4　"Guest" means the guest or lessee under any Suite Lease.

13.5　"Mortgage" means any first priority deed to secure debt, deed of trust, mortgage or lien encumbering any Project.

13.6　"Mortgagee" means the holder of any Mortgage.

13.7　"Suite Lease" means any written or oral lease, tenancy, occupancy agreement, or rental agreement affecting any Project, whether existing on the date hereof or entered into after the date hereof.

Section 14. General Provisions.

14.1　Modifications; Waiver. PMG may modify this Agreement at any time, without the consent of any Owner, to add a new party to the Agreement as an additional "Owner." No change or modification of this Agreement that adversely affects a Party shall be valid or binding upon such Party, nor shall any waiver of any term or condition unless such change, modification, or waiver shall be in writing and signed and consented to by such Party.

14.2　Binding Effect. This Agreement shall inure to the benefit of and shall be binding upon the Parties, their legal representatives, transferees, successors, and assigns.

14.3　Duplicate Originals. For the convenience of the Parties, any number of counterparts hereof may be executed, and each such counterpart shall be deemed to be an original instrument.

14.4　Construction. This Agreement shall be interpreted and construed in accordance with the laws of the State of Georgia. The titles of the sections and sub-sections herein have been inserted as a matter of convenience for reference only and shall not control or affect the meaning or construction of any of the terms or provisions herein.

14.5　Entire Agreement. This Agreement is intended by the Parties to be the final expression of their agreement and is the complete and exclusive statement of the terms thereof, notwithstanding any representation or statement to the contrary heretofore made.

14.6   Notices. Any and all notices, elections, demands, requests and responses thereto permitted or required to be given under this Agreement shall be in writing, signed by or on behalf of the party giving the same, and shall be deemed to have been properly given and shall be effective upon being personally delivered or delivered by nationally recognized courier such as Federal Express which maintains a record of receipt and delivery, or three (3) days after being deposited in the United States mail, postage prepaid, certified with return receipt requested, to the other party at the address of such other party set forth below or at such other address within the continental United States as such other party may designate by notice specifically designated as a notice of change of address and given in accordance herewith; provided, however, that the time period in which a response to any such notice, election, demand or request must be given shall commence on the earlier of the date of actual or deemed receipt thereof; and provided further that no notice of change of address shall be effective until the earlier of the date of actual or deemed receipt thereof. Personal delivery to a party or to any officer, agent or employee of such party at said address shall constitute receipt. Rejection or other refusal to accept or inability to deliver because of changed address of which no notice has been received shall also constitute receipt. Any such notice, election, demand, request or response shall be addressed as follows:

(a)   If intended for PMG, to:

4770 South Atlanta Road
Smyrna, Georgia 30080

(b)   If intended for an Owner, to the address listed for such Owner on attached Schedule 1.

## Section 15. Owners' Representations and Warranties.

As an inducement to PMG entering into this Agreement, each Owner represents and warrants to PMG as follows:

(a)   Owner has fee simple, marketable and insurable title in and to its Project and has the right, power and authority to enter into this Agreement and the right, power and authority to provide for the management of its Project in accordance with the terms and conditions of this Agreement.

(b)   Owner has received no notice of, nor is Owner aware of, any pending, threatened or contemplated action by any governmental authority or agency having the power of eminent domain, which might result in any part of its Project being taken by condemnation or conveyed in lieu thereof. Owner shall, promptly upon receiving any such notice or learning of any such contemplated or threatened action, give PMG written notice thereof.

(c)   Insofar as Owner is aware, it has paid or deposited all payroll taxes that are required to have been paid or deposited with respect to employees serving its Project; no assessments have been made against any portion of its Project which are unpaid (except ad valorem taxes for the current year), whether or not they have become liens; and Owner shall notify PMG upon learning of any such assessments.

14

(d)     To Owner's knowledge, there are no violations of law, municipal or county ordinances, or other legal requirements with respect to its Project, and all improvements to its Project comply with all legal requirements with respect to the use, occupancy, and construction thereof.

(e)     Its Project is currently zoned for its intended use under this contract.

(f)     Owner has received no notice (oral or written) that any municipality or governmental or quasi-governmental authority has determined that there are any violations of zoning, health, environmental or other statutes, ordinances or regulations affecting its Project and Owner has no knowledge of any such violations. In the event Owner receives notice of any such violations, Owner shall promptly notify PMG thereof, and shall promptly and diligently defend any prosecution thereof and take any and all necessary actions to eliminate said violations.

(g)     Owner has received no notice (oral or written) of any activities, or taken any action, which would create the existence of any areas, including but not limited to, in or on the surface of its Project or the waters at or beneath the surface of its Project, where hazardous materials, or waste of any type, have been disposed of, released or found. Owner has no knowledge of the storage, disposal or existence of any hazardous materials, or waste of any type, on its Project, including but not limited to, in or on the surface of its Project or the waters at or beneath the surface of its Project.

(h)     No storage tanks are located on its Project, either above or below ground, and there are no underground pipes or lines on its Project, except for county water or sewer lines or electrical conduits, if any, owned by public utility companies.

(i)     To Owner's best knowledge, there has been no leaking or disposal of material of any type onto or into its Project nor any action taken by Owner which would create said leaking or disposal of material.

(j)     To Owner's best knowledge, no hazardous materials, or waste of any type, have been generated, stored, treated, handled, transported, disposed of or released at or near its Project.

*[Signatures follow on the next page.]*

15

IN WITNESS WHEREOF, the parties hereto have executed and sealed this Master Property Management Agreement, as of the Effective Date.

**PMG:**

**SSI PMG LLC**, a Georgia limited liability company

By: _____
Name: C. David Carley, III
Title:   Vice President

**OWNERS:**

**JER/Jameson Properties LLC**, a Delaware limited liability company

By: **JER/Jameson Mezz Borrower I LLC**, its sole member

By: _____
Name: C. David Carley, III
Title:   Vice President

**JER/Jameson NC Properties LP**, a Delaware limited partnership

By: **JER/Jameson GP LLC**, its sole general partner

By: **JER/Jameson Mezz Borrower I LLC**, its sole member

By: _____
Name: C. David Carley, III
Title:   Vice President

## SCHEDULE 1

### *List of Projects*

| | Owner | Address |
|---|---|---|
| 1 | JER/Jameson Properties LLC | 315 Martling Rd., Albertville, Alabama   35950 |
| 2 | JER/Jameson Properties LLC | 4335 Hwy 280, Alexander City, Alabama   35010 |
| 3 | JER/Jameson Properties LLC | 706 N. Brindlee Mtn. Pkwy., Arab, Alabama   35016 |
| 4 | JER/Jameson Properties LLC | 1212 Mall Pkwy, Auburn, Alabama   36831 |
| 5 | JER/Jameson Properties LLC | 5021 Academy Lane, Bessemer, Alabama   35022 |
| 6 | JER/Jameson Properties LLC | 2120 Jameson Place SW, Decatur, Alabama   35603 |
| 7 | JER/Jameson Properties LLC | 136 Towne Center Blvd, Eufaula, Alabama   36027 |
| 8 | JER/Jameson Properties LLC | 115 Ana Dr, Florence, Alabama   35630 |
| 9 | JER/Jameson Properties LLC | 71 Jameson Lane, Greenville, Alabama   36037 |
| 10 | JER/Jameson NC Properties LLC | 920 Crosswinds St, Greenville, North Carolina   27834 |
| 11 | JER/Jameson Properties LLC | 1100 Hwy 78, Jasper, Alabama   35501 |
| 12 | JER/Jameson Properties LLC | 161 Colonial Dr., Oxford, Alabama   36203 |
| 13 | JER/Jameson Properties LLC | 120 Hwy 231 South, Ozark, Alabama   36360 |
| 14 | JER/Jameson Properties LLC | 104 Jameson Court, Prattville, Alabama   36067 |
| 15 | JER/Jameson Properties LLC | 208 Micah Way, Scottsboro, Alabama   35768 |
| 16 | JER/Jameson Properties LLC | 2420 Broad St., Selma, Alabama   36701 |
| 17 | JER/Jameson Properties LLC | 89 Gene Stewart Blvd., Sylacauga, Alabama   35151 |
| 18 | JER/Jameson Properties LLC | 4730 Norrell Dr., Trussville, Alabama   35173 |
| 19 | JER/Jameson Properties LLC | 5021 Oscar Baxter Rd., Tuscaloosa, Alabama   35403 |
| 20 | JER/Jameson Properties LLC | 151 Cracker Barrel Dr., Crestview, Florida   32536 |
| 21 | JER/Jameson Properties LLC | 7030 Bonneval Rd., Jacksonville, Florida   32216 |
| 22 | JER/Jameson Properties LLC | 285 SW Commerce Boulevard, Lake City, Florida   32025 |
| 23 | JER/Jameson Properties LLC | 4375 Lakeland Park Dr., Lakeland, Florida   33809 |
| 24 | JER/Jameson Properties LLC | 175 Interchange Blvd., Ormond Beach, Florida   32174 |
| 25 | JER/Jameson Properties LLC | 890 Palm Bay Rd, Palm Bay, Florida   32905 |
| 26 | JER/Jameson Properties LLC | 2720 Dawson Road, Albany, GA 31707 |
| 27 | JER/Jameson Properties LLC | 1605 E. Lamar St, Americus, GA 31709 |
| 28 | JER/Jameson Properties LLC | 1403 Tallahassee Hwy, Bainbridge, Georgia   39819 |
| 29 | JER/Jameson Properties LLC | 661 Scranton Rd., Brunswick, Georgia   31520 |
| 30 | JER/Jameson Properties LLC | 189 Jameson St., Calhoun, Georgia   30701 |
| 31 | JER/Jameson Properties LLC | 700 S. Park St., Carrollton, Georgia   30177 |
| 32 | JER/Jameson Properties LLC | 1164 Dogwood Drive, Conyers, Georgia   30012 |
| 33 | JER/Jameson Properties LLC | 790 College Drive, Dalton, Georgia   30720 |
| 34 | JER/Jameson Properties LLC | 100 P.M. Watson Dr., Dublin, Georgia   31021 |
| 35 | JER/Jameson Properties LLC | 205 N. Hwy 301, Jesup, Georgia   31545 |
| 36 | JER/Jameson Properties LLC | 105 Maycreek Blvd., Kingsland, Georgia   31548 |
| 37 | JER/Jameson Properties LLC | 110 Jameson Dr., LaGrange, Georgia   30240 |
| 38 | JER/Jameson Properties LLC | 40 Lakeside Way, Newnan, Georgia   30265 |
| 39 | JER/Jameson Properties LLC | 125 Bourne Ave., Pooler, Georgia   31322 |
| 40 | JER/Jameson Properties LLC | 40 Grace Dr., Rome, Georgia   30161 |
| 41 | JER/Jameson Properties LLC | 1010 Hwy 19 N., Thomaston, Georgia   30286 |
| 42 | JER/Jameson Properties LLC | 1670 Remington Ave, Thomasville, Georgia   31792 |
| 43 | JER/Jameson Properties LLC | 1725 Gornto Rd., Valdosta, Georgia   31601 |
| 44 | JER/Jameson Properties LLC | 2731 Watson Blvd., Warner Robins, Georgia   31093 |

| 45 | JER/Jameson Properties LLC | 950 City Blvd, Waycross, Georgia  31501 |
| 46 | JER/Jameson Properties LLC | 1436 N. Liberty St., Waynesboro, Georgia  30830 |
| 47 | JER/Jameson Properties LLC | 101 S. Veterans Pkwy, Normal, Illinois  61761 |
| 48 | JER/Jameson Properties LLC | 4112 N Brandywine, Peoria, Illinois  61614 |
| 49 | JER/Jameson Properties LLC | 3090 Stevenson Dr.,Springfield, Illinois  62703 |
| 50 | JER/Jameson Properties LLC | 3010 Brittany Ct., Elkhart, Indiana  46514 |
| 51 | JER/Jameson Properties LLC | 1101 N. Green River Rd., Evansville, Indiana  47715 |
| 52 | JER/Jameson Properties LLC | 1734 West Washington Ctr Rd., Ft Wayne, Indiana 46818 |
| 53 | JER/Jameson Properties LLC | 10201 N. Meridian St., Indianapolis, Indiana  46280 |
| 54 | JER/Jameson Properties LLC | 8380 Kelly Lane, Indianapolis, Indiana  46250 |
| 55 | JER/Jameson Properties LLC | 4402 E. Creek View Rd., Indianapolis, Indiana  46237 |
| 56 | JER/Jameson Properties LLC | 3850 Eagle View Dr., Indianapolis, Indiana  46254 |
| 57 | JER/Jameson Properties LLC | 4021 S. LaFountain St., Kokomo, Indiana  46902 |
| 58 | JER/Jameson Properties LLC | 3400 N. Chadam LN., Muncie, Indiana  47304 |
| 59 | JER/Jameson Properties LLC | 215 Dixie Way South, South Bend, Indiana  46637 |
| 60 | JER/Jameson Properties LLC | 1301 Kentucky Mills Dr., Louisville, Kentucky  40299 |
| 61 | JER/Jameson Properties LLC | 6515 Signature Dr., Louisville, Kentucky  40213 |
| 62 | JER/Jameson Properties LLC | 2006 Colby Taylor Drive, Richmond, Kentucky  40475 |
| 63 | JER/Jameson Properties LLC | 4320 State Rd 26 East, Lafayette, Indiana  47905 |
| 64 | JER/Jameson Properties LLC | 2200 NE Evangeline Thruway, Lafayette, Louisiana  70501 |
| 65 | JER/Jameson Properties LLC | 6715 Rasberry Lane, Shreveport, Louisiana  71129 |
| 66 | JER/Jameson Properties LLC | 213 Constitution Drive, West Monroe, Louisiana  71292 |
| 67 | JER/Jameson Properties LLC | 1575 Jameson Dr., Grenada, Mississippi  38901 |
| 68 | JER/Jameson Properties LLC | 585 East Beasley Road,Jackson, Mississippi  39206 |
| 69 | JER/Jameson Properties LLC | 1292 Vann Drive, Jackson, Tennessee  38305 |
| 70 | JER/Jameson Properties LLC | 524 Bonita Lakes, Meridian, Mississippi  39301 |
| 71 | JER/Jameson Properties LLC | 434 Riverwind Dr., Pearl, Mississippi  39208 |
| 72 | JER/Jameson Properties LLC | 879 Mississippi Dr., Tupelo, Mississippi  38804 |
| 73 | JER/Jameson Properties LLC | 3975 South Frontage Road, Vicksburg, Mississippi  39180 |
| 74 | JER/Jameson NC Properties LLC | 901 Jackson Rd, Dunn, North Carolina  28334 |
| 75 | JER/Jameson NC Properties LLC | 716 Linden Dr, Eden, North Carolina  27288 |
| 76 | JER/Jameson NC Properties LLC | 164 Jameson Inn Dr., Forest City, North Carolina  28043 |
| 77 | JER/Jameson NC Properties LLC | 1408 S. Harding Dr, Goldsboro, North Carolina  27530 |
| 78 | JER/Jameson NC Properties LLC | 400 N. Cooper Dr., Henderson, North Carolina  27536 |
| 79 | JER/Jameson NC Properties LLC | 1120 13th Ave Dr. SE, Hickory, North Carolina  28602 |
| 80 | JER/Jameson NC Properties LLC | 14 Jameson Inn Ct, Laurinburg, North Carolina  28352 |
| 81 | JER/Jameson NC Properties LLC | 101 Old Farm Rd S, Roanoke Rapids, North Carolina  27870 |
| 82 | JER/Jameson NC Properties LLC | 2614 S. Horner Blvd, Sanford, North Carolina  27330 |
| 83 | JER/Jameson NC Properties LLC | 125 S. Equity Dr., Smithfield, North Carolina  27577 |
| 84 | JER/Jameson NC Properties LLC | 5102 Dunlea Ct, Wilmington, North Carolina  28405 |
| 85 | JER/Jameson Properties LLC | 128 Interstate Blvd., Anderson, South Carolina  29621 |
| 86 | JER/Jameson Properties LLC | 885 Chesterfield Hwy, Cheraw, South Carolina  29520 |
| 87 | JER/Jameson Properties LLC | 1546 E. Main, Duncan, South Carolina  29334 |
| 88 | JER/Jameson Properties LLC | 211 Dayton School Rd, Easley, South Carolina  29642 |
| 89 | JER/Jameson Properties LLC | 101 Stuard St., Gaffney, South Carolina  29341 |
| 90 | JER/Jameson Properties LLC | 120 Church Street, Georgetown, South Carolina  29440 |
| 91 | JER/Jameson Properties LLC | 109 Enterprise Court, Greenwood, South Carolina  29649 |
| 92 | JER/Jameson Properties LLC | 114 Commerce Blvd., Lancaster, South Carolina  29720 |
| 93 | JER/Jameson Properties LLC | 2350 Chestnut St NE, Orangeburg, South Carolina  29115 |
| 94 | JER/Jameson Properties LLC | 226 Hi-Tech Road, Seneca, South Carolina  29678 |

| 95  | JER/Jameson Properties LLC | 206 Corporate Place, Alcoa, Tennessee 37701 |
| 96  | JER/Jameson Properties LLC | 360 Paul Huff Pkwy, Cleveland, Tennessee 37312 |
| 97  | JER/Jameson Properties LLC | 715 James M. Cambell Blvd., Columbia, Tennessee 38401 |
| 98  | JER/Jameson Properties LLC | 1838 Decherd Blvd.,Decherd / Winchester, Tennessee 37324 |
| 99  | JER/Jameson Properties LLC | 1001 Village Green Crossing, Gallatin, Tennessee 37066 |
| 100 | JER/Jameson Properties LLC | 3160 E. Andrew Johnson Hwy, Greeneville, Tennessee 37745 |
| 101 | JER/Jameson Properties LLC | 119 Pinnacle Dr, Johnson City, Tennessee 37615 |
| 102 | JER/Jameson Properties LLC | 3004 Bays Meadow, Kingsport, Tennessee 37664 |
| 103 | JER/Jameson Properties LLC | 209 Marketplace Ln., Knoxville, Tennessee 37922 |
| 104 | JER/Jameson Properties LLC | 216 S. Rutgers Ave, Oak Ridge, Tennessee 37830 |
| 105 | JER/Jameson Properties LLC | 2113 N. Jackson St., Tullahoma, Tennessee 37388 |
| 106 | JER/Jameson Properties LLC | 1881 Evelyn Byrd Ave., Harrisonburg, Virginia 22801 |
| 107 | JER/Jameson Properties LLC | 378 Commonwealth Blvd., Martinsville, Virginia 24112 |

## EXHIBIT A

### *Year 1 NOI Budget*

20

## 2006 Property Level Budgets
### Jameson Inns

| | Albertville, AL | Alexander City, AL | Arab, AL | Auburn, AL | Bessemer, AL | Decatur, AL | Eufaula, AL | Florence, AL | Greenville, AL | Greenville, NC |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 40 | 60 | 40 | 40 | 60 | 58 | 40 | 64 | 41 | 40 |
| Rooms available | 14,600 | 21,900 | 14,600 | 14,600 | 21,900 | 21,170 | 14,600 | 23,360 | 14,965 | 14,600 |
| Rooms sold | 9,263 | 12,363 | 6,943 | 10,050 | 14,328 | 8,700 | 9,446 | 15,078 | 10,720 | 7,988 |
| Occupancy | 63.45% | 56.45% | 47.55% | 68.84% | 65.42% | 41.10% | 64.70% | 64.55% | 71.97% | 54.71% |
| Average rate | 64.98 | 68.28 | 62.97 | 72.40 | 73.12 | 66.17 | 66.91 | 71.45 | 66.58 | 57.20 |
| Revpar | 41.23 | 38.55 | 29.94 | 49.83 | 47.87 | 27.19 | 43.29 | 46.12 | 47.92 | 31.29 |
| **REVENUES** | | | | | | | | | | |
| Room | 601,920 | 844,177 | 437,186 | 727,596 | 1,048,360 | 575,644 | 631,994 | 1,077,284 | 712,163 | 456,876 |
| JSA Contra-revenue | (6,747) | (9,592) | (4,937) | (8,229) | (11,742) | (6,433) | (7,006) | (12,103) | (8,064) | (5,135) |
| Telephone | 555 | 1,246 | 1,389 | 829 | 1,442 | | 1,608 | 987 | 1,615 | 533 |
| Meeting room | | | | | | 1,500 | | | | |
| Other | 1,728 | 4,345 | 2,148 | 4,277 | 2,614 | 2,632 | 1,596 | 3,169 | 2,280 | 5,283 |
| **Total Revenues** | 597,456 | 840,176 | 435,786 | 724,467 | 1,040,674 | 574,030 | 628,140 | 1,069,367 | 713,434 | 457,558 |
| **VARIABLE EXPENSES** | | | | | | | | | | |
| Room expenses | 122,098 | 129,348 | 102,430 | 139,369 | 164,749 | 129,741 | 120,439 | 167,307 | 131,471 | 123,670 |
| Telephone expenses | 4,920 | 8,400 | 6,120 | 5,820 | 4,440 | 6,600 | 6,300 | 8,460 | 10,920 | 10,920 |
| Meeting room expense | | | | | | | | | | |
| Continental breakfast | 12,192 | 22,935 | 12,883 | 18,618 | 26,577 | 18,163 | 17,538 | 27,986 | 19,954 | 14,812 |
| Maintenance and repair | 37,171 | 40,282 | 37,648 | 37,884 | 42,472 | 38,685 | 37,846 | 40,109 | 38,846 | 36,498 |
| Utilities | 39,942 | 50,525 | 35,656 | 49,330 | 67,977 | 37,557 | 37,019 | 56,005 | 45,687 | 43,166 |
| Sales & marketing | 23,031 | 30,664 | 27,150 | 39,628 | 66,562 | 41,043 | 29,142 | 37,019 | 29,138 | 30,320 |
| Reservation expense | 5,755 | 7,679 | 4,752 | 8,058 | 11,598 | 5,168 | 5,168 | 34,368 | 6,122 | 7,767 |
| Franchise fees | | | | | | | | 9,451 | | |
| General and administrative | 76,495 | 111,528 | 72,238 | 73,344 | 93,682 | 87,568 | 106,007 | 97,847 | 77,541 | 92,937 |
| **Total Variable Expenses** | 326,603 | 401,362 | 298,877 | 372,996 | 478,056 | 363,829 | 359,459 | 442,033 | 359,479 | 345,491 |
| **GOP** | 270,853 | 438,814 | 136,909 | 351,471 | 562,618 | 210,201 | 268,681 | 627,274 | 353,984 | 112,067 |
| GOP % | 45.3% | 52.2% | 31.4% | 48.5% | 54.1% | 36.6% | 42.8% | 58.7% | 49.6% | 24.5% |
| **FIXED EXPENSES** | | | | | | | | | | |
| Property taxes | 11,945 | 22,158 | 7,173 | 13,414 | 36,828 | 14,417 | 11,930 | 18,491 | 16,482 | 15,445 |
| Insurance | 8,587 | 12,880 | 8,587 | 8,587 | 12,880 | 12,451 | 8,587 | 13,739 | 8,587 | 8,587 |
| Ground Leases | | | | | | | | | | |
| Base Management Fee | 17,924 | 25,205 | 13,074 | 21,734 | 31,320 | 17,221 | 18,844 | 32,079 | 21,403 | 13,727 |
| FF&E Reserve | 23,898 | 33,607 | 17,431 | 28,979 | 41,627 | 22,991 | 25,126 | 42,772 | 28,537 | 18,302 |
| **Total Fixed Expenses** | 62,354 | 93,851 | 46,264 | 72,713 | 122,556 | 67,080 | 64,487 | 107,081 | 75,079 | 56,561 |
| **NET OPERATING INCOME** | 208,499 | 344,963 | 90,645 | 278,758 | 440,062 | 143,151 | 204,194 | 520,193 | 278,875 | 55,506 |
| Incentive Management Fee | 8,962 | 12,603 | 6,537 | 10,867 | 15,610 | 8,610 | 9,422 | 16,040 | 10,702 | 6,863 |
| **ADJUSTED NET OPERATING INCOME** | 199,537 | 332,361 | 84,108 | 267,891 | 424,452 | 134,541 | 194,772 | 504,153 | 268,174 | 48,643 |
| NOI % | 34.9% | 41.1% | 20.8% | 38.5% | 42.3% | 24.9% | 32.5% | 48.6% | 39.1% | 12.1% |
| ANOI % | 33.4% | 39.6% | 19.3% | 37.0% | 40.8% | 23.4% | 31.0% | 47.1% | 37.6% | 10.6% |

## 2006 Property Level Budgets
### Jameson Inns

| | Jasper, AL | Oxford, AL | Ozark, AL | Prattville, AL | Scottsboro, AL | Selma, AL | Sylacauga, AL | Trussville, AL | Tuscaloosa, AL | Crestview, FL |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 59 | 62 | 39 | 60 | 60 | 60 | 62 | 60 | 62 | 55 |
| Rooms available | 21,535 | 22,630 | 14,235 | 21,990 | 21,990 | 21,990 | 22,630 | 21,990 | 22,630 | 20,075 |
| Rooms sold | 16,757 | 15,908 | 9,054 | 13,698 | 13,680 | 10,727 | 14,507 | 15,865 | 17,329 | 17,967 |
| Occupancy | 77.81% | 70.30% | 63.60% | 62.54% | 68.72% | 48.98% | 64.11% | 72.44% | 78.78% | 89.50% |
| Average rate | 67.73 | 69.00 | 66.78 | 63.072 | 65.71 | 63.68 | 68.07 | 72.14 | 69.57 | 73.22 |
| Revpar | 52.70 | 48.50 | 42.48 | 42.35 | 45.15 | 31.19 | 43.64 | 51.54 | 54.81 | 65.54 |
| **REVENUES** | | | | | | | | | | |
| Room | 1,134,981 | 1,097,592 | 604,965 | 927,543 | 988,888 | 683,107 | 987,586 | 1,128,639 | 1,249,342 | 1,315,618 |
| JSA Contra-revenue | (12,662) | (12,316) | (6,736) | (10,377) | (11,014) | (7,728) | (11,131) | (12,672) | (13,882) | (14,775) |
| Telephone | 1,768 | 1,297 | 997 | 1,452 | 2,468 | 1,871 | 1,013 | 2,210 | 1,923 | 4,956 |
| Meeting room | | | | | | | | | | 195 |
| Other | 5,939 | 3,131 | 3,353 | 4,378 | 3,673 | 1,486 | 1,436 | 4,806 | 3,739 | 9,368 |
| Total Revenues | 1,130,005 | 1,089,704 | 602,280 | 922,996 | 984,013 | 678,737 | 978,877 | 1,122,983 | 1,232,122 | 1,315,363 |
| **VARIABLE EXPENSES** | | | | | | | | | | |
| Room expenses | 173,136 | 153,897 | 123,968 | 143,573 | 163,448 | 134,818 | 138,038 | 185,474 | 188,794 | 178,544 |
| Telephone expenses | 6,080 | 5,100 | 10,980 | 5,880 | 15,690 | 7,580 | 5,400 | 12,120 | 9,990 | 9,990 |
| Meeting room expense | | | | | | | | | | 75 |
| Continental breakfast | 31,038 | 29,466 | 16,793 | 25,389 | 27,873 | 19,925 | 26,912 | 29,347 | 33,038 | 43,067 |
| Maintenance and repair | 36,878 | 39,869 | 39,188 | 30,762 | 40,162 | 39,996 | 40,515 | 41,554 | 38,764 | 51,130 |
| Utilities | 53,645 | 54,848 | 37,714 | 51,072 | 42,215 | 55,821 | 54,473 | 62,527 | 64,704 | 55,730 |
| Sales & marketing | 17,719 | 31,723 | 25,290 | 39,907 | 18,940 | 19,368 | 15,395 | 47,200 | 49,050 | 41,249 |
| Reservation expense | 7,296 | 9,254 | 8,308 | 6,619 | 11,022 | 5,280 | 11,650 | 8,128 | 11,957 | 14,453 |
| Franchise fees | | | | | | | | | | |
| General and administrative | 89,604 | 120,204 | 72,473 | 120,675 | 94,165 | 76,355 | 107,904 | 90,899 | 110,279 | 134,860 |
| Total Variable Expenses | 415,875 | 444,361 | 334,396 | 434,877 | 413,425 | 359,123 | 400,289 | 477,299 | 505,583 | 529,008 |
| **GOP** | 714,130 | 645,343 | 267,883 | 488,119 | 570,589 | 319,614 | 578,588 | 645,684 | 726,540 | 786,355 |
| GOP % | 63.2% | 59.2% | 44.5% | 52.4% | 58.0% | 47.1% | 59.1% | 57.5% | 59.0% | 59.8% |
| **FIXED EXPENSES** | | | | | | | | | | |
| Property taxes | 11,471 | 22,699 | 12,447 | 16,062 | 25,657 | 14,322 | 18,910 | 22,843 | 18,918 | 37,564 |
| Insurance | 12,066 | 13,310 | 8,372 | 12,451 | 12,880 | 12,236 | 13,095 | 12,880 | 13,316 | 11,807 |
| Ground Leases | | | | | | | | | | |
| Base Management Fee | 33,960 | 32,691 | 18,068 | 27,689 | 29,520 | 20,362 | 29,366 | 33,689 | 34,774 | 39,461 |
| FF&E Reserve | 45,200 | 43,588 | 24,092 | 36,920 | 39,361 | 27,149 | 34,155 | 44,919 | 36,964 | 52,615 |
| Total Fixed Expenses | 103,237 | 112,288 | 62,878 | 93,123 | 107,418 | 74,069 | 97,526 | 114,332 | 153,247 | 141,447 |
| **NET OPERATING INCOME** | 610,893 | 533,056 | 205,005 | 394,996 | 463,171 | 245,545 | 481,062 | 531,352 | 573,292 | 644,908 |
| Incentive Management Fee | 16,950 | 16,346 | 9,034 | 13,845 | 14,760 | 10,181 | 14,683 | 16,845 | 18,485 | 19,730 |
| **ADJUSTED NET OPERATING INCOME** | 593,943 | 516,710 | 195,971 | 381,151 | 448,411 | 235,364 | 466,379 | 514,507 | 554,811 | 625,178 |
| Net % | 54.1% | 48.9% | 34.0% | 42.8% | 47.1% | 36.2% | 49.1% | 47.3% | 46.5% | 49.0% |
| ANOI % | 52.6% | 47.4% | 32.5% | 41.3% | 45.6% | 34.7% | 47.6% | 45.8% | 45.0% | 47.5% |

## 2006 Property Level Budgets
### Jameson Inns

| | Jacksonville FL | Lake City, FL | Lakeland, FL | Ormond Beach, FL | Palm Bay, FL | Albany, GA | Americus, GA | Bainbridge GA | Brunswick, GA | Calhoun, GA |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 79 | 55 | 67 | 67 | 67 | 62 | 73 | 61 | 62 | 59 |
| **Rooms available** | 28,835 | 20,075 | 24,455 | 24,455 | 24,455 | 22,630 | 26,645 | 22,265 | 22,630 | 21,535 |
| Rooms sold | 16,090 | 14,433 | 15,196 | 15,867 | 22,840 | 13,159 | 13,926 | 17,229 | 14,064 | 11,946 |
| Occupancy | 55.80% | 71.89% | 62.14% | 64.88% | 93.40% | 58.15% | 52.45% | 77.61% | 62.28% | 55.47% |
| Average rate | 77.15 | 79.61 | 77.53 | 84.50 | 92.72 | 67.22 | 63.65 | 66.01 | 62.05 | 64.54 |
| Revpar | 43.05 | 50.76 | 48.17 | 54.83 | 86.59 | 39.38 | 33.39 | 51.23 | 38.65 | 35.80 |
| **REVENUES** | | | | | | | | | | |
| Room | 1,241,348 | 1,018,929 | 1,178,104 | 1,340,838 | 2,117,614 | 891,076 | 889,608 | 1,140,525 | 874,585 | 770,955 |
| JSA Centra revenue | (13,644) | (11,327) | (12,981) | (13,532) | (23,696) | (10,461) | (19,908) | (12,791) | (9,715) | (18,600) |
| Telephone | 3,371 | 1,715 | 3,298 | 2,410 | 3,953 | 879 | 4,142 | 9,747 | 1,218 | 1,172 |
| Meeting room | 1,175 | 990 | 2,480 | 900 | 6,400 | | | 3,890 | | |
| Other | 5,841 | 7,022 | 3,164 | 2,408 | 6,184 | 2,843 | 1,889 | 3,860 | 8,837 | 4,395 |
| **Total Revenues** | 1,238,091 | 1,017,897 | 1,174,166 | 1,332,116 | 2,110,451 | 884,838 | 889,532 | 1,141,340 | 872,926 | 767,921 |
| **VARIABLE EXPENSES** | | | | | | | | | | |
| Room expenses | 171,330 | 171,610 | 182,370 | 142,342 | 225,186 | 171,237 | 172,099 | 187,376 | 176,980 | 134,004 |
| Telephone expenses | 13,260 | 5,109 | 9,900 | 5,940 | 6,180 | 6,660 | 6,780 | 5,820 | 7,504 | 5,700 |
| Meeting room expense | 150 | | | | 360 | | 150 | | | |
| Continental breakfast | 35,727 | 33,718 | 35,267 | 37,093 | 51,664 | 24,365 | 25,896 | 31,976 | 26,154 | 22,697 |
| Maintenance and repair | 56,145 | 51,083 | 53,759 | 54,112 | 58,882 | 43,131 | 45,246 | 40,862 | 40,475 | 38,862 |
| Utilities | 73,540 | 61,985 | 86,165 | 82,326 | 49,103 | 57,168 | 63,386 | 52,768 | 59,268 | 63,506 |
| Sales & marketing | 74,271 | 52,284 | 55,330 | 40,587 | 42,933 | 56,557 | 28,320 | 33,547 | 61,280 | 31,233 |
| Reservation expense | 12,751 | 9,552 | 11,735 | 12,042 | 13,061 | 7,640 | 6,126 | 11,420 | 5,465 | 4,109 |
| General and administrative | 146,533 | 98,185 | 108,279 | 112,235 | 108,047 | 88,728 | 83,241 | 92,475 | 85,333 | 129,765 |
| **Total Variable Expenses** | 583,711 | 483,486 | 541,906 | 537,088 | 615,414 | 425,364 | 431,244 | 456,244 | 462,396 | 429,277 |
| **GOP** | 654,380 | 534,411 | 632,260 | 794,428 | 1,495,037 | 459,474 | 458,288 | 685,097 | 410,531 | 338,644 |
| *GOP %* | *52.9%* | *52.5%* | *53.8%* | *59.6%* | *70.8%* | *51.9%* | *51.5%* | *60.0%* | *47.0%* | *44.1%* |
| **FIXED EXPENSES** | | | | | | | | | | |
| Property taxes | 48,184 | 48,258 | 51,320 | 55,710 | 41,413 | 29,368 | 34,030 | 14,185 | 12,972 | 6,471 |
| Insurance | 16,959 | 11,807 | 14,383 | 14,383 | 14,383 | 13,310 | 26,130 | 12,880 | 13,310 | 12,686 |
| Ground Leases | | | | | | | | | | |
| Base Management Fee | 37,143 | 30,537 | 35,225 | 39,903 | 63,314 | 26,545 | 26,086 | 34,240 | 26,188 | 23,038 |
| FF&E Reserve | 49,524 | 40,716 | 46,967 | 53,285 | 84,418 | 35,394 | 35,581 | 35,654 | 34,917 | 30,717 |
| **Total Fixed Expenses** | 151,809 | 131,318 | 147,894 | 163,361 | 204,928 | 104,616 | 112,398 | 106,959 | 87,387 | 72,891 |
| **NET OPERATING INCOME** | 502,570 | 403,093 | 484,365 | 631,067 | 1,291,010 | 354,857 | 345,890 | 578,138 | 323,144 | 265,754 |
| Incentive Management Fee | 18,571 | 15,268 | 17,612 | 19,982 | 31,657 | 13,272 | 13,343 | 17,120 | 13,064 | 11,519 |
| **ADJUSTED NET OPERATING INCOME** | 483,999 | 387,825 | 466,753 | 611,085 | 1,259,353 | 341,585 | 332,547 | 561,018 | 310,080 | 254,235 |
| *NOI %* | *40.6%* | *39.6%* | *41.4%* | *47.4%* | *61.2%* | *40.1%* | *38.4%* | *50.7%* | *37.0%* | *34.0%* |
| *ANOI %* | *39.1%* | *38.1%* | *39.8%* | *45.9%* | *59.7%* | *38.6%* | *37.4%* | *49.2%* | *35.5%* | *33.1%* |

2006 Property Level Budgets
Jameson Inns

| | Carrollton, GA | Conyers, GA | Dalton, GA | Dublin, GA | Jesup, GA | Kingsland, GA | Lagrange, GA | Newnan, GA | Pooler, GA | Rome, GA |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 59 | 59 | 59 | 40 | 61 | 41 | 56 | 67 | 55 | 67 |
| Rooms available | 21,535 | 21,535 | 21,535 | 14,600 | 22,265 | 14,965 | 20,440 | 24,455 | 20,075 | 24,455 |
| Rooms sold | 11,298 | 14,009 | 11,771 | 7,883 | 11,573 | 9,527 | 10,682 | 14,567 | 15,621 | 13,864 |
| Occupancy | 52.46% | 65.47% | 54.66% | 53.99% | 51.98% | 63.66% | 52.28% | 59.57% | 77.81% | 56.82% |
| Average rate | 62.68 | 64.94 | 57.41 | 61.68 | 61.03 | 62.88 | 59.63 | 67.27 | 72.30 | 69.76 |
| Revpar | 32.89 | 42.51 | 31.38 | 33.30 | 31.72 | 40.03 | 31.33 | 40.07 | 56.72 | 37.43 |
| REVENUES | | | | | | | | | | |
| Room | 708,197 | 915,550 | 675,741 | 486,237 | 706,256 | 593,101 | 640,420 | 979,915 | 1,138,696 | 927,581 |
| JSA Contra revenue | (7,945) | (10,249) | (7,549) | (5,412) | (7,837) | (6,656) | (7,257) | (10,993) | (12,648) | (10,413) |
| Telephone | 1,755 | 1,812 | 768 | 1,186 | 1,194 | 1,595 | 2,449 | 2,879 | 4,941 | 2,070 |
| Meeting room | — | — | — | — | — | — | — | 1,500 | 1,200 | 1,200 |
| Other | 2,351 | 5,099 | 5,219 | 1,647 | 1,563 | 1,429 | 3,218 | 5,185 | 6,552 | 3,622 |
| Total Revenues | 704,358 | 911,892 | 674,179 | 483,657 | 701,175 | 595,468 | 638,322 | 978,485 | 1,138,740 | 924,059 |
| VARIABLE EXPENSES | | | | | | | | | | |
| Room expenses | 144,270 | 144,769 | 162,934 | 124,899 | 140,637 | 123,240 | 141,324 | 172,045 | 180,053 | 171,829 |
| Telephone expenses | 6,480 | 4,686 | 12,080 | 7,320 | 11,040 | 4,560 | 4,980 | 4,980 | 5,640 | 6,960 |
| Meeting room expense | — | — | — | — | — | — | 125 | 109 | — | 40 |
| Continental breakfast | 20,959 | 26,133 | 21,837 | 14,632 | 30,683 | 17,060 | 19,817 | 33,185 | 37,441 | 31,566 |
| Maintenance and repair | 43,097 | 41,318 | 43,779 | 36,416 | 40,889 | 34,913 | 39,341 | 50,298 | 43,792 | 54,912 |
| Utilities | 49,807 | 81,030 | 41,190 | 35,968 | 50,955 | 46,574 | 54,153 | 59,147 | 57,043 | 62,152 |
| Sales & marketing | 32,892 | 30,934 | 28,999 | 18,546 | 22,568 | 30,316 | 28,608 | 55,180 | 30,980 | 23,699 |
| Reservation expense | 6,942 | 7,471 | 7,878 | 4,380 | 6,953 | 5,529 | 9,334 | 9,334 | 19,465 | 8,246 |
| Franchise fees | — | — | — | — | — | — | — | — | — | — |
| General and administrative | 86,017 | 116,658 | 82,286 | 72,808 | 80,626 | 72,886 | 78,407 | 96,683 | 134,261 | 93,497 |
| Total Variable Expenses | 390,465 | 452,994 | 400,964 | 314,910 | 384,350 | 335,628 | 378,386 | 481,361 | 478,582 | 452,901 |
| GOP | 313,894 | 458,898 | 273,214 | 168,747 | 316,825 | 259,840 | 259,935 | 497,124 | 660,159 | 471,158 |
| GOP % | 44.6% | 50.3% | 40.5% | 34.9% | 45.2% | 43.6% | 40.7% | 50.8% | 58.0% | 51.0% |
| FIXED EXPENSES | | | | | | | | | | |
| Property taxes | 16,599 | 44,282 | 21,880 | 11,082 | 22,944 | 12,257 | 16,940 | 32,856 | 34,923 | 28,759 |
| Insurance | 12,666 | 12,666 | 12,666 | 8,587 | 13,095 | 8,587 | 12,022 | 14,383 | 11,807 | 14,383 |
| Ground Leases | — | — | — | 25,351 | — | — | — | — | — | — |
| Base Management Fee | 21,131 | 27,337 | 20,224 | 14,531 | 21,035 | 17,864 | 19,350 | 29,355 | 34,162 | 27,722 |
| FF&E Reserve | 28,174 | 36,476 | 26,967 | 19,346 | 28,047 | 23,819 | 25,832 | 39,139 | 45,550 | 36,962 |
| Total Fixed Expenses | 78,369 | 120,760 | 81,738 | 78,875 | 85,121 | 62,527 | 73,204 | 115,733 | 126,442 | 107,826 |
| NET OPERATING INCOME | 235,525 | 338,118 | 191,477 | 89,872 | 231,704 | 197,314 | 186,732 | 381,391 | 533,716 | 363,332 |
| Incentive Management Fee | 10,595 | 13,678 | 10,113 | 7,255 | 10,518 | 8,932 | 9,575 | 14,677 | 17,081 | 13,861 |
| ADJUSTED NET OPERATING INCOME | 224,930 | 324,439 | 181,364 | 82,647 | 221,187 | 188,382 | 177,157 | 366,714 | 516,635 | 349,471 |
| NOI % | 33.4% | 37.1% | 28.4% | 18.6% | 33.0% | 33.1% | 29.3% | 39.0% | 46.9% | 39.2% |
| ANOI % | 31.9% | 35.6% | 26.9% | 17.1% | 31.5% | 31.6% | 27.8% | 37.5% | 45.4% | 37.8% |

# 2006 Property Level Budgets
## Jameson Inns

| | Thomaston, GA | Thomasville, GA | Valdosta, GA | Warner Robins, GA | Waycross, GA | Waynesboro, GA | Normal, IL | Peoria, IL | Springfield, IL | Elkhart, IN |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 59 | 40 | 57 | 59 | 62 | 40 | 124 | 123 | 124 | 123 |
| **Rooms available** | 21,535 | 14,600 | 20,805 | 21,535 | 22,630 | 14,600 | 45,260 | 44,895 | 45,260 | 44,895 |
| Rooms sold | 10,282 | 9,248 | 12,209 | 13,201 | 12,996 | 9,762 | 16,558 | 23,112 | 16,528 | 16,356 |
| Occupancy | 47.60% | 63.34% | 58.68% | 61.30% | 57.43% | 66.86% | 37.03% | 51.48% | 36.52% | 36.43% |
| Average rate | 62.96 | 66.30 | 67.71 | 62.16 | 55.19 | 63.28 | 64.24 | 61.99 | 66.89 | 73.57 |
| Revpar | 29.97 | 41.99 | 39.73 | 38.10 | 31.69 | 42.31 | 23.79 | 31.96 | 24.32 | 26.80 |
| **REVENUES** | | | | | | | | | | |
| Room | 645,436 | 613,113 | 826,682 | 820,575 | 717,248 | 617,777 | 1,076,561 | 1,431,985 | 1,110,554 | 1,203,340 |
| JSA Contra-revenue | (72,554) | (69,921) | (9,258) | (9,161) | (77,947) | (68,881) | (111,992) | (15,967) | (112,242) | (13,863) |
| Telephone | 8,103 | 1,408 | 1,694 | 1,133 | 1,801 | 2,374 | 1,867 | 4,795 | 1,433 | 2,886 |
| Meeting room | 1,200 | | | | | | 27,600 | 32,400 | 185,000 | 15,300 |
| Other | 2,561 | 4,254 | 4,269 | 3,463 | 8,146 | 867 | 2,635 | 5,130 | 10,138 | 1,685 |
| **Total Revenues** | 649,745 | 611,862 | 823,387 | 816,010 | 715,948 | 613,937 | 1,096,671 | 1,458,343 | 1,264,883 | 1,209,348 |
| **VARIABLE EXPENSES** | | | | | | | | | | |
| Room expenses | 139,251 | 127,766 | 148,777 | 159,919 | 165,116 | 117,288 | 234,962 | 331,196 | 233,894 | 218,863 |
| Telephone expenses | 9,260 | 5,790 | 6,120 | 12,840 | 5,640 | 9,120 | 12,840 | 18,000 | 12,480 | 12,240 |
| Meeting room expense | | | | | | | | | 51,549 | |
| Continental breakfast | 18,964 | 17,124 | 22,599 | 24,438 | 24,063 | 18,074 | 33,139 | 48,660 | 52,087 | 33,405 |
| Maintenance and repair | 42,215 | 42,249 | 41,771 | 38,068 | 37,896 | 36,889 | 92,515 | 92,273 | 92,725 | 97,579 |
| Utilities | 49,093 | 42,429 | 53,494 | 51,739 | 50,784 | 40,433 | 104,528 | 97,208 | 181,848 | 64,522 |
| Sales & marketing | 12,511 | 21,980 | 43,874 | 14,492 | 33,721 | 10,447 | 88,120 | 87,443 | 35,364 | 95,111 |
| Reservation expense | 7,548 | 7,622 | 8,204 | 8,645 | 8,042 | 8,122 | 13,904 | 2,157 | 13,097 | 15,340 |
| Franchise fees | | | | | | | | 97,510 | | |
| General and administrative | 82,367 | 71,802 | 86,082 | 102,103 | 80,483 | 78,802 | 139,947 | 141,556 | 131,682 | 133,863 |
| **Total Variable Expenses** | 359,411 | 336,728 | 410,980 | 412,244 | 405,433 | 321,637 | 717,055 | 921,003 | 774,640 | 700,924 |
| **GOP** | 290,334 | 275,134 | 412,406 | 403,766 | 310,515 | 292,300 | 379,616 | 537,340 | 490,243 | 508,425 |
| *GOP %* | *44.7%* | *45.0%* | *50.1%* | *49.5%* | *43.4%* | *47.6%* | *34.6%* | *36.8%* | *38.8%* | *42.0%* |
| **FIXED EXPENSES** | | | | | | | | | | |
| Property taxes | 14,982 | 24,739 | 20,839 | 26,753 | 31,347 | 15,022 | 93,976 | 88,569 | 90,462 | 101,164 |
| Insurance | 12,066 | 8,372 | 12,236 | 12,066 | 12,880 | 8,587 | 26,919 | 26,404 | 26,619 | 26,404 |
| Ground Leases | | 2,113 | | | | | | | 56,587 | |
| Base Management Fee | 19,492 | 18,356 | 24,702 | 24,480 | 21,478 | 18,418 | 32,900 | 43,750 | 37,946 | 36,280 |
| FF&E Reserve | 25,990 | 24,474 | 32,935 | 32,640 | 28,638 | 24,557 | 43,867 | 58,334 | 50,595 | 48,374 |
| **Total Fixed Expenses** | 73,130 | 78,054 | 90,712 | 96,519 | 94,343 | 66,584 | 197,363 | 217,057 | 262,210 | 212,223 |
| **NET OPERATING INCOME** | 217,203 | 197,080 | 321,694 | 307,247 | 216,172 | 225,716 | 182,253 | 320,283 | 228,033 | 296,202 |
| Incentive Management Fee | 9,746 | 9,178 | 12,181 | 12,240 | 10,739 | 9,209 | 16,450 | 21,874 | 18,973 | 18,140 |
| **ADJUSTED NET OPERATING INCOME** | 207,457 | 187,902 | 309,443 | 295,007 | 205,433 | 216,507 | 165,803 | 298,408 | 209,059 | 278,062 |
| *NOI %* | *33.4%* | *32.2%* | *39.1%* | *37.7%* | *30.2%* | *36.8%* | *16.6%* | *22.0%* | *18.0%* | *24.5%* |
| *ANOI %* | *31.9%* | *30.7%* | *37.6%* | *36.2%* | *28.7%* | *35.3%* | *15.1%* | *20.5%* | *16.5%* | *23.0%* |

## 2006 Property Level Budgets
### Jameson Inns

| | Evansville, IN | Fort Wayne, IN | Carmel, IN | Indy Castleton, IN | Indy South, IN | Indy West, IN | Kokomo, IN | Muncie, IN | South Bend, IN | Louisville East, KY |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 125 | 102 | 81 | 123 | 101 | 99 | 101 | 101 | 123 | 119 |
| Rooms available | 45,625 | 37,230 | 29,565 | 44,895 | 36,865 | 36,135 | 36,865 | 36,865 | 44,895 | 43,435 |
| Rooms sold | 18,946 | 13,671 | 14,355 | 16,347 | 15,023 | 15,518 | 15,529 | 17,744 | 19,507 | 20,432 |
| Occupancy | 41.53% | 36.72% | 48.55% | 36.41% | 40.75% | 42.94% | 44.84% | 48.13% | 43.45% | 47.04% |
| Average rate | 59.07 | 63.76 | 85.48 | 75.69 | 70.52 | 82.18 | 63.19 | 66.60 | 81.92 | 73.45 |
| Revpar | 24.53 | 23.41 | 41.50 | 27.56 | 28.74 | 35.29 | 28.33 | 33.64 | 35.62 | 34.55 |
| **REVENUES** | | | | | | | | | | |
| Room | 1,119,203 | 871,647 | 1,227,052 | 1,237,275 | 1,059,468 | 1,275,337 | 1,044,476 | 1,241,949 | 1,569,978 | 1,500,091 |
| JSA Contra-revenue | (12,632) | (9,669) | (13,709) | (13,947) | (11,838) | (14,295) | (11,069) | (13,895) | (18,520) | (26,789) |
| Telephone | 2,088 | 2,419 | 1,404 | 1,275 | 1,658 | 2,452 | 1,091 | 4,166 | 947 | 1,361 |
| Meeting room | 33,850 | 24,000 | 20,306 | 22,599 | 42,990 | 17,200 | 18,200 | 18,260 | 13,850 | 12,822 |
| Other | 11,085 | 2,176 | 3,709 | 5,589 | 3,245 | 2,438 | 2,993 | 4,338 | 2,878 | 6,521 |
| **Total Revenues** | 1,153,594 | 890,573 | 1,238,765 | 1,252,722 | 1,095,433 | 1,283,132 | 1,058,090 | 1,255,139 | 1,598,333 | 1,504,606 |
| **VARIABLE EXPENSES** | | | | | | | | | | |
| Room expenses | 328,609 | 205,283 | 213,897 | 249,264 | 235,379 | 283,222 | 212,800 | 216,261 | 255,988 | 210,315 |
| Telephone expenses | 13,740 | 17,760 | 8,520 | 8,100 | 18,900 | 7,140 | 14,160 | 10,560 | 11,880 | 10,620 |
| Meeting room expense | - | - | - | - | - | 1,200 | 1,200 | - | - | 1,854 |
| Continental breakfast | 37,241 | 25,480 | 26,733 | 31,098 | 28,117 | 28,990 | 33,744 | 36,825 | 40,258 | 43,090 |
| Maintenance and repair | 96,914 | 90,203 | 105,963 | 107,042 | 107,516 | 107,601 | 93,292 | 87,376 | 111,882 | 88,861 |
| Utilities | 93,823 | 64,291 | 75,235 | 72,764 | 70,045 | 70,265 | 109,944 | 94,286 | 103,887 | 109,691 |
| Sales & marketing | 92,034 | 88,161 | 142,977 | 142,822 | 118,915 | 129,395 | 32,179 | 43,951 | 113,043 | 64,393 |
| Reservation expense | 8,351 | 7,938 | 11,577 | 11,759 | 9,805 | 11,951 | 2,698 | 13,586 | 16,202 | 2,770 |
| Franchise fees | - | - | - | - | - | - | 78,943 | - | - | - |
| General and administrative | 133,180 | 128,013 | 146,537 | 149,986 | 134,399 | 144,735 | 122,524 | 130,688 | 161,095 | 169,116 |
| **Total Variable Expenses** | 803,893 | 627,128 | 730,528 | 772,834 | 722,075 | 782,609 | 697,394 | 633,523 | 795,531 | 700,720 |
| **GOP** | 349,700 | 263,444 | 508,237 | 479,888 | 373,358 | 500,523 | 360,696 | 621,615 | 802,802 | 803,887 |
| GOP % | 30.3% | 29.6% | 41.0% | 38.3% | 34.1% | 39.0% | 34.1% | 49.5% | 50.2% | 53.4% |
| **FIXED EXPENSES** | | | | | | | | | | |
| Property taxes | 52,887 | 49,625 | 51,458 | 62,895 | 59,714 | 74,632 | 65,078 | 84,760 | 91,680 | 67,207 |
| Insurance | 26,834 | 21,896 | 17,588 | 26,834 | 21,682 | 21,682 | 21,682 | 21,682 | 26,404 | 25,546 |
| Ground Leases | - | - | - | - | - | - | - | - | - | - |
| Base Management Fee | 34,608 | 26,717 | 37,161 | 37,582 | 32,863 | 38,494 | 31,743 | 37,654 | 47,950 | 45,138 |
| FF&E Reserve | 46,144 | 35,623 | 49,353 | 50,109 | 43,817 | 51,325 | 42,324 | 50,206 | 63,933 | 60,184 |
| **Total Fixed Expenses** | 160,472 | 133,861 | 155,560 | 177,419 | 158,076 | 186,133 | 160,826 | 193,801 | 229,967 | 198,075 |
| **NET OPERATING INCOME** | 189,228 | 129,583 | 352,677 | 302,469 | 215,282 | 314,390 | 199,870 | 427,814 | 572,835 | 605,812 |
| Incentive Management Fee | 17,304 | 13,359 | 8,58? | 16,431 | 16,431 | 19,247 | 15,871 | 18,827 | 24,975 | 22,569 |
| **ADJUSTED NET OPERATING INCOME** | 171,924 | 116,224 | 334,096 | 288,678 | 198,850 | 295,143 | 183,998 | 408,987 | 548,860 | 583,243 |
| NOI % | 16.4% | 14.6% | 28.5% | 24.1% | 19.7% | 24.5% | 18.9% | 34.1% | 35.8% | 40.3% |
| ANOI % | 14.9% | 13.1% | 27.0% | 22.9% | 18.2% | 23.0% | 17.4% | 32.6% | 34.3% | 38.8% |

## 2006 Property Level Budgets
### Jameson Inns

| | Louisville South, KY | Richmond, KY | Lafayette, IN | Lafayette, LA | Shreveport, LA | West Monroe, LA | Grenada, MS | Jackson, MS | Jackson, TN | Meridian, MS |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 129 | 67 | 121 | 79 | 67 | 67 | 39 | 67 | 67 | 89 |
| Rooms available | 43,435 | 24,455 | 44,165 | 28,835 | 24,455 | 24,455 | 14,235 | 24,455 | 24,455 | 21,535 |
| Rooms sold | 24,946 | 17,481 | 12,047 | 18,128 | 16,773 | 14,085 | 7,223 | 13,924 | 16,697 | 13,640 |
| Occupancy | 57.43% | 71.48% | 27.28% | 62.87% | 68.59% | 57.60% | 51.09% | 50.94% | 68.28% | 63.34% |
| Average rate | 65.03 | 59.89 | 74.90 | 76.61 | 70.97 | 71.07 | 64.20 | 69.72 | 67.66 | 65.13 |
| Revpar | 37.35 | 42.81 | 20.43 | 48.18 | 48.68 | 40.93 | 32.80 | 39.70 | 46.20 | 41.25 |
| **REVENUES** | | | | | | | | | | |
| Room | 1,622,357 | 1,046,881 | 902,322 | 1,389,376 | 1,190,370 | 1,000,997 | 464,900 | 970,599 | 1,129,746 | 888,490 |
| JSA central revenue | (18,248) | (11,711) | (10,229) | (13,489) | (13,323) | (11,281) | (5,214) | (10,871) | (12,596) | (10,054) |
| Telephone | 4,058 | 1,067 | 2,365 | 1,692 | 1,770 | 1,770 | 578 | 1,267 | 2,293 | 1,471 |
| Meeting room | 22,820 | 310 | 20,709 | 1,100 | 1,260 | 970 | 527 | | 780 | |
| Other | 5,031 | 2,319 | 2,338 | 6,125 | 3,584 | 3,822 | 1,230 | 3,577 | 3,827 | 3,693 |
| **Total Revenues** | 1,636,017 | 1,038,865 | 917,496 | 1,382,804 | 1,183,597 | 996,365 | 464,021 | 964,772 | 1,124,051 | 883,420 |
| **VARIABLE EXPENSES** | | | | | | | | | | |
| Room expenses | 338,304 | 170,081 | 226,455 | 167,063 | 194,027 | 159,811 | 102,650 | 138,970 | 179,192 | 159,811 |
| Telephone expenses | 9,960 | 6,000 | 13,740 | 7,080 | 7,860 | 10,620 | 5,160 | 8,100 | 5,640 | 7,740 |
| Meeting room expense | 1,718 | | | 66 | | | | | 100 | |
| Continental breakfast | 52,867 | 41,121 | 22,582 | 39,271 | 39,699 | 32,424 | 13,512 | 29,698 | 38,638 | 25,318 |
| Maintenance and repair | 88,641 | 49,010 | 84,933 | 44,810 | 48,662 | 47,157 | 36,767 | 48,723 | 50,229 | 38,568 |
| Utilities | 137,358 | 44,799 | 77,880 | 85,654 | 69,102 | 69,102 | 47,195 | 77,488 | 57,069 | 55,614 |
| Sales & marketing | 113,716 | 35,945 | 67,649 | 52,936 | 51,245 | 57,041 | 34,967 | 34,408 | 48,222 | 32,432 |
| Reservation expense | 16,569 | 5,114 | 11,650 | 7,866 | 43,629 | 8,588 | 5,086 | 9,726 | 13,244 | 9,061 |
| Franchise fees | | | | | 14,496 | | | | | |
| General and administrative | 185,347 | 121,706 | 194,287 | 125,139 | 159,309 | 90,450 | 68,225 | 154,553 | 116,546 | 96,935 |
| **Total Variable Expenses** | 944,380 | 473,876 | 699,176 | 534,812 | 508,927 | 475,193 | 313,561 | 498,666 | 508,219 | 425,475 |
| **GOP** | 691,737 | 565,990 | 308,320 | 847,992 | 674,670 | 521,172 | 150,461 | 466,106 | 615,832 | 487,945 |
| *GOP %* | 42.3% | 54.5% | 33.6% | 61.3% | 57.0% | 52.3% | 32.4% | 48.3% | 54.8% | 51.8% |
| **FIXED EXPENSES** | | | | | | | | | | |
| Property taxes | 77,039 | 22,419 | 47,230 | 31,469 | 73,665 | 41,972 | 18,146 | 53,496 | 43,672 | 39,633 |
| Insurance | 25,546 | 14,383 | 25,975 | 16,989 | 14,383 | 14,383 | 8,372 | 14,383 | 14,383 | 12,666 |
| Ground Leases | | | | | | | | | | 1,731 |
| Base Management Fee | 49,081 | 31,166 | 27,525 | 41,484 | 35,508 | 29,891 | 13,921 | 28,943 | 33,722 | 26,503 |
| FF&E Reserve | 65,441 | 41,555 | 36,700 | 55,312 | 47,344 | 39,855 | 18,561 | 38,561 | 44,962 | 35,337 |
| **Total Fixed Expenses** | 217,106 | 109,522 | 137,430 | 145,224 | 170,899 | 126,101 | 59,000 | 135,323 | 136,739 | 115,869 |
| **NET OPERATING INCOME** | 474,630 | 456,467 | 170,890 | 702,768 | 503,770 | 395,071 | 91,461 | 330,783 | 479,094 | 342,076 |
| Incentive Management Fee | 24,540 | 15,583 | 13,762 | 20,742 | 17,754 | 14,945 | 6,960 | 14,472 | 16,861 | 13,251 |
| **ADJUSTED NET OPERATING INCOME** | 450,090 | 440,884 | 157,128 | 682,026 | 486,016 | 380,125 | 84,500 | 316,311 | 462,233 | 328,825 |
| *NOI %* | 29.0% | 43.9% | 18.6% | 50.8% | 42.6% | 39.7% | 19.7% | 34.3% | 42.0% | 38.7% |
| *ANOI %* | 27.5% | 42.4% | 17.1% | 49.3% | 41.1% | 38.2% | 18.2% | 32.8% | 41.1% | 37.2% |

## 2006 Property Level Budgets
### Jameson Inns

| | Pearl, MS | Tupelo, MS | Vicksburg, MS | Dunn, NC | Eden, NC | Forest City, NC | Goldsboro, NC | Henderson, NC | Hickory, NC | Laurinburg, NC |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 65 | 60 | 59 | 42 | 59 | 60 | 67 | 67 | 59 | 40 |
| Rooms available | 23,725 | 21,900 | 21,535 | 15,330 | 14,235 | 21,900 | 24,455 | 24,455 | 21,535 | 14,600 |
| Rooms sold | 15,052 | 11,517 | 12,873 | 9,461 | 7,211 | 15,098 | 12,894 | 12,201 | 10,755 | 8,964 |
| Occupancy | 63.44% | 53.05% | 59.78% | 61.72% | 50.66% | 68.84% | 52.73% | 49.89% | 49.93% | 61.40% |
| Average rate | 68.11 | 67.55 | 66.89 | 66.52 | 65.24 | 68.54 | 61.42 | 61.91 | 59.85 | 58.47 |
| Revpar | 43.21 | 35.83 | 39.98 | 41.06 | 32.73 | 47.25 | 32.38 | 30.89 | 29.89 | 34.06 |
| **REVENUES** | | | | | | | | | | |
| Room | 1,025,299 | 784,761 | 861,027 | 629,385 | 465,861 | 1,034,872 | 791,886 | 755,343 | 643,575 | 497,248 |
| JSA Contra-revenue | (11,503) | (8,790) | (9,057) | (7,011) | (5,210) | (11,672) | (8,855) | (8,492) | (7,210) | (5,558) |
| Telephone | 2,129 | 2,463 | 1,455 | 838 | 1,068 | 3,740 | 914 | 1,840 | 1,156 | 1,448 |
| Meeting room | 6,090 | | | | | 1,800 | | | | |
| Other | 4,058 | 3,279 | 3,927 | 1,828 | 2,409 | 3,051 | 1,862 | 7,141 | 3,117 | 1,901 |
| **Total Revenues** | 1,025,950 | 781,706 | 856,742 | 625,040 | 464,728 | 1,031,791 | 785,608 | 755,542 | 640,632 | 495,038 |
| **VARIABLE EXPENSES** | | | | | | | | | | |
| Room expenses | 150,795 | 134,613 | 127,246 | 137,199 | 106,745 | 184,425 | 134,033 | 157,971 | 141,383 | 123,769 |
| Telephone expenses | 6,660 | 9,120 | 4,740 | 7,380 | 8,700 | 6,780 | 5,880 | 9,306 | 6,420 | 4,980 |
| Meeting room expense | 800 | | | | | | | | | |
| Continental breakfast | 35,958 | 21,524 | 23,973 | 17,500 | 13,337 | 27,992 | 29,102 | 27,205 | 19,480 | 16,614 |
| Maintenance and repair | 48,338 | 40,340 | 43,321 | 38,713 | 38,163 | 41,919 | 48,069 | 48,452 | 39,760 | 38,173 |
| Utilities | 68,018 | 52,377 | 65,116 | 34,260 | 25,265 | 57,766 | 45,834 | 44,870 | 45,060 | 45,030 |
| Sales & marketing | 38,847 | 37,208 | 53,650 | 41,931 | 18,430 | 22,991 | 20,565 | 31,661 | 45,918 | 24,014 |
| Reservation expense | 2,804 | 8,572 | 11,232 | 7,388 | 4,086 | 11,780 | 6,042 | 5,429 | 7,807 | 6,853 |
| Franchise fees | | | | | | | | | | |
| General and administrative | 112,516 | 80,469 | 104,807 | 78,469 | 68,063 | 91,481 | 109,693 | 79,606 | 72,680 | 71,109 |
| **Total Variable Expenses** | 473,137 | 389,255 | 434,046 | 362,832 | 279,789 | 445,134 | 409,679 | 464,493 | 379,680 | 330,534 |
| **GOP** | 552,814 | 392,451 | 422,696 | 262,208 | 184,939 | 586,657 | 375,928 | 351,049 | 260,952 | 164,505 |
| GOP % | 53.9% | 50.2% | 49.3% | 42.0% | 39.8% | 56.9% | 47.9% | 46.5% | 40.7% | 33.2% |
| **FIXED EXPENSES** | | | | | | | | | | |
| Property taxes | 41,409 | 42,989 | 23,657 | 17,245 | 14,446 | 17,338 | 31,871 | 38,053 | 14,137 | 19,931 |
| Insurance | 13,954 | 12,880 | 12,609 | 8,801 | 8,372 | 12,880 | 14,383 | 14,383 | 12,600 | 8,587 |
| Ground Leases | | | | | | | | | | |
| Basic Management Fee | 30,779 | 23,451 | 25,702 | 18,751 | 13,942 | 30,954 | 23,568 | 22,666 | 19,219 | 14,851 |
| FF&E Reserve | 41,038 | 31,268 | 34,270 | 25,032 | 18,589 | 41,272 | 31,423 | 30,222 | 25,625 | 19,802 |
| **Total Fixed Expenses** | 127,179 | 110,589 | 96,294 | 69,799 | 55,349 | 102,443 | 101,246 | 105,324 | 71,647 | 63,170 |
| **NET OPERATING INCOME** | 425,635 | 291,862 | 326,401 | 192,409 | 129,590 | 484,213 | 274,682 | 245,724 | 189,305 | 101,335 |
| Incentive Management Fee | 15,389 | 11,726 | 12,851 | 9,377 | 6,971 | 15,477 | 11,784 | 11,333 | 9,696 | 7,426 |
| **ADJUSTED NET OPERATING INCOME** | 410,246 | 280,136 | 313,550 | 183,033 | 122,619 | 468,737 | 262,898 | 234,391 | 179,696 | 93,909 |
| NOI % | 41.5% | 37.3% | 38.1% | 30.8% | 27.9% | 46.9% | 35.0% | 32.5% | 29.8% | 20.5% |
| ANOI % | 40.0% | 35.8% | 36.6% | 29.3% | 26.4% | 45.4% | 33.5% | 31.0% | 28.0% | 19.0% |

| | Roanoke Rapids, NC | Sanford, NC | Smithfield, NC | Wilmington, NC | Anderson, SC | Cheraw, SC | Duncan, SC | Easley, SC | Gaffney, SC | Georgetown, SC |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 40 | 40 | 40 | 67 | 58 | 50 | 40 | 56 | 58 | 61 |
| Rooms available | 14,600 | 14,600 | 14,600 | 24,455 | 21,170 | 21,535 | 14,600 | 20,440 | 21,170 | 22,265 |
| Rooms sold | 9,447 | 9,360 | 10,312 | 14,325 | 10,338 | 14,743 | 9,892 | 12,963 | 9,439 | 12,938 |
| Occupancy | 64.71% | 54.00% | 70.63% | 58.58% | 48.83% | 68.46% | 67.75% | 63.42% | 44.59% | 58.07% |
| Average rate | 62.20 | 66.26 | 66.64 | 70.89 | 66.73 | 66.20 | 66.75 | 66.85 | 60.75 | 65.46 |
| Revpar | 40.25 | 35.78 | 47.07 | 41.35 | 32.58 | 45.32 | 33.71 | 42.40 | 27.08 | 38.02 |
| **REVENUES** | | | | | | | | | | |
| Room | 587,613 | 522,413 | 687,389 | 1,014,314 | 689,815 | 976,012 | 492,132 | 866,564 | 573,375 | 846,419 |
| JSA Contra-revenue | (9,579) | (5,830) | (17,693) | (11,234) | (7,745) | (10,980) | (5,520) | (9,733) | (6,419) | (9,398) |
| Telephone | 787 | 360 | 1,896 | 1,824 | 653 | 3,398 | 687 | 2,558 | 940 | 1,198 |
| Meeting room | 30 | 30 | | | | | | | | |
| Other | 4,341 | 5,086 | 8,091 | 6,085 | 1,106 | 3,214 | 1,240 | 2,584 | 1,040 | 2,326 |
| **Total Revenues** | 583,162 | 522,675 | 689,283 | 1,007,969 | 683,828 | 971,648 | 489,039 | 861,953 | 568,937 | 840,545 |
| **VARIABLE EXPENSES** | | | | | | | | | | |
| Room expenses | 128,069 | 116,967 | 149,103 | 150,050 | 136,293 | 161,313 | 162,573 | 133,792 | 115,869 | 162,463 |
| Telephone expenses | 6,540 | 9,360 | 7,800 | 4,620 | 10,620 | 6,960 | 6,420 | 5,820 | 6,090 | 6,540 |
| Meeting room expense | | | | | | | | | | |
| Continental breakfast | 17,541 | 14,617 | 19,081 | 31,947 | 19,181 | 36,206 | 18,334 | 24,030 | 17,809 | 23,991 |
| Maintenance and repair | 39,185 | 37,153 | 37,260 | 49,411 | 38,008 | 38,098 | 34,599 | 43,811 | 37,025 | 34,872 |
| Utilities | 37,994 | 43,268 | 43,261 | 64,453 | 42,348 | 48,410 | 30,192 | 50,226 | 50,952 | 54,773 |
| Sales & marketing | 48,449 | 32,373 | 30,080 | 32,108 | 37,217 | 27,307 | 48,489 | 25,667 | 27,472 | 18,730 |
| Reservation expense | 6,475 | 5,233 | 7,304 | 13,814 | 5,996 | 27,307 | 3,336 | 8,360 | 5,411 | 7,938 |
| Franchise fees | | | | | | | | | | |
| General and administrative | 70,994 | 76,180 | 75,639 | 129,405 | 80,996 | 95,954 | 73,625 | 108,095 | 104,399 | 83,688 |
| **Total Variable Expenses** | 355,022 | 335,087 | 370,127 | 475,808 | 370,660 | 426,568 | 377,530 | 399,802 | 364,038 | 403,045 |
| **GOP** | 228,140 | 187,589 | 319,156 | 532,160 | 313,169 | 545,080 | 111,509 | 462,151 | 204,899 | 437,500 |
| **GOP %** | 39.1% | 35.9% | 46.3% | 52.8% | 45.8% | 56.1% | 22.8% | 53.6% | 36.0% | 52.0% |
| **FIXED EXPENSES** | | | | | | | | | | |
| Property taxes | 16,887 | 16,970 | 21,432 | 36,445 | 35,304 | 28,721 | 20,302 | 25,852 | 18,374 | 31,469 |
| Insurance | 8,372 | 8,587 | 8,587 | 14,383 | 12,451 | 12,966 | 8,587 | 12,022 | 12,451 | 13,095 |
| Ground Leases | | | | | | | | | | |
| Base Management Fee | 17,495 | 15,680 | 20,678 | 30,239 | 20,515 | 29,149 | 14,671 | 25,859 | 17,068 | 28,216 |
| FF&E Reserve | 23,326 | 20,907 | 27,571 | 40,319 | 27,353 | 38,866 | 19,562 | 34,478 | 22,757 | 33,622 |
| **Total Fixed Expenses** | 66,081 | 62,144 | 78,268 | 121,385 | 95,683 | 109,402 | 63,122 | 98,211 | 70,650 | 103,402 |
| **NET OPERATING INCOME** | 162,059 | 125,445 | 240,887 | 410,775 | 217,486 | 435,678 | 48,387 | 363,940 | 134,249 | 334,098 |
| Incentive Management Fee | 8,747 | 7,840 | 10,339 | 15,120 | 10,257 | 14,575 | 7,336 | 12,929 | 8,534 | 12,608 |
| **ADJUSTED NET OPERATING INCOME** | 153,312 | 117,605 | 230,548 | 395,655 | 207,229 | 421,104 | 41,051 | 351,011 | 125,715 | 321,490 |
| NOI % | 27.8% | 24.0% | 34.9% | 40.8% | 31.8% | 44.8% | 9.9% | 42.2% | 23.6% | 39.7% |
| ANOI % | 26.3% | 22.5% | 33.4% | 39.3% | 30.3% | 43.3% | 8.4% | 40.7% | 22.1% | 38.2% |

## 2006 Property Level Budgets
### Jameson Inns

| | Greenwood, SC | Lancaster, SC | Orangeburg, SC | Seneca, SC | Aiken, TN | Cleveland, TN | Columbia, TN | Decherd, TN | Gallatin, TN | Greeneville, TN |
|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 62 | 61 | 58 | 62 | 67 | 60 | 55 | 40 | 59 | 55 |
| Rooms available | 22,630 | 22,265 | 21,170 | 22,630 | 24,455 | 21,900 | 20,075 | 14,600 | 21,535 | 20,075 |
| Rooms sold | 10,530 | 11,522 | 10,211 | 13,600 | 13,445 | 12,226 | 13,858 | 10,428 | 14,962 | 13,311 |
| Occupancy | 46.53% | 50.85% | 48.2% | 60.12% | 54.98% | 55.8% | 69.02% | 71.40% | 69.22% | 66.31% |
| Average rate | 60.38 | 65.23 | 62.89 | 67.92 | 65.71 | 63.81 | 71.61 | 64.78 | 64.43 | 67.71 |
| Revpar | 28.09 | 33.17 | 30.15 | 40.83 | 38.13 | 37.08 | 49.42 | 46.25 | 44.58 | 44.90 |
| **REVENUES** | | | | | | | | | | |
| Room | 635,768 | 738,546 | 638,177 | 924,086 | 883,442 | 811,987 | 992,122 | 675,291 | 960,106 | 901,306 |
| ISA Contrib revenue | (7,109) | (8,360) | (7,080) | (10,447) | (9,948) | (9,040) | (11,994) | (7,617) | (10,881) | (10,103) |
| Telephone | 879 | 1,578 | 2,058 | 3,033 | 3,396 | 1,510 | 3,710 | 5,484 | 1,998 | 5,169 |
| Meeting room | 80 | | | | 150 | 150 | 1,540 | | | 125 |
| Other | 2,519 | 3,232 | 1,422 | 2,319 | 2,396 | 4,627 | 2,704 | 2,246 | 3,337 | 2,382 |
| **Total Revenues** | 632,106 | 735,049 | 634,578 | 919,566 | 879,436 | 809,234 | 988,983 | 675,404 | 954,070 | 899,079 |
| **VARIABLE EXPENSES** | | | | | | | | | | |
| Room expenses | 143,193 | 150,102 | 138,289 | 154,810 | 182,384 | 225,599 | 168,762 | 148,751 | 153,444 | 162,936 |
| Telephone expenses | 11,166 | 7,020 | 8,340 | 7,146 | 7,020 | 5,820 | 6,780 | 5,640 | 6,120 | 11,220 |
| Meeting room expense | | | | | | | 980 | | | |
| Continental breakfast | | | | | | | | | | |
| Maintenance and repair | 22,383 | 20,982 | 18,955 | 25,217 | 30,643 | 23,640 | 32,864 | 19,344 | 27,632 | 31,821 |
| Utilities | 43,452 | 37,936 | 43,310 | 40,849 | 46,753 | 37,812 | 44,573 | 38,259 | 38,680 | 42,005 |
| Sales & marketing | 38,861 | 46,130 | 40,943 | 51,286 | 49,122 | 47,517 | 51,019 | 42,518 | 57,174 | 48,028 |
| Reservation expense | 27,611 | 31,886 | 26,789 | 47,497 | 16,703 | 29,662 | 28,866 | 17,970 | 30,568 | 26,072 |
| Franchise fees | 7,103 | 9,192 | 7,894 | 12,485 | 12,360 | 7,082 | 11,671 | 7,238 | 8,165 | 9,272 |
| General and administrative | 76,554 | 78,914 | 76,716 | 84,255 | 97,139 | 110,478 | 92,987 | 73,520 | 112,356 | 96,871 |
| **Total Variable Expenses** | 375,958 | 381,812 | 358,206 | 393,540 | 442,124 | 387,581 | 435,092 | 352,638 | 422,145 | 421,925 |
| **GOP** | 256,148 | 353,237 | 276,372 | 526,026 | 437,311 | 421,653 | 553,891 | 322,767 | 531,924 | 477,154 |
| GOP % | 40.5% | 48.1% | 43.6% | 57.2% | 49.7% | 52.1% | 56.0% | 47.8% | 55.8% | 55.1% |
| **FIXED EXPENSES** | | | | | | | | | | |
| Property taxes | 51,740 | 48,607 | 24,026 | 14,542 | 33,374 | 26,193 | 55,157 | 19,599 | 23,652 | 33,696 |
| Insurance | 11,730 | 13,695 | 12,451 | 13,310 | 14,383 | 12,880 | 11,807 | 8,587 | 12,666 | 11,807 |
| Ground Leases | | | | | | | | | | |
| Base Management Fee | 18,963 | 22,151 | 19,037 | 27,587 | 26,383 | 24,277 | 29,669 | 20,262 | 28,622 | 26,972 |
| FF&E Reserve | 25,284 | 29,402 | 25,383 | 36,783 | 35,177 | 32,369 | 34,559 | 27,016 | 38,163 | 35,963 |
| **Total Fixed Expenses** | 89,727 | 103,156 | 80,891 | 92,221 | 109,318 | 95,720 | 116,193 | 72,465 | 102,503 | 108,349 |
| **NET OPERATING INCOME** | 166,421 | 250,081 | 195,481 | 433,806 | 327,994 | 325,933 | 437,698 | 250,302 | 429,422 | 368,805 |
| Incentive Management Fee | 9,482 | 11,026 | 9,519 | 13,793 | 13,192 | 12,139 | 14,838 | 10,131 | 14,111 | 13,486 |
| **ADJUSTED NET OPERATING INCOME** | 156,940 | 239,055 | 185,962 | 420,012 | 314,802 | 313,794 | 422,864 | 240,171 | 415,311 | 355,319 |
| NOI % | 26.3% | 34.0% | 30.8% | 47.2% | 37.3% | 40.3% | 44.3% | 37.1% | 45.0% | 41.0% |
| ANOI % | 24.8% | 32.5% | 29.3% | 45.7% | 35.8% | 38.8% | 42.8% | 35.6% | 43.5% | 39.5% |

## 2006 Property Level Budgets
### Jameson Inns

| | Johnson City, TN | Kingsport, TN | Knoxville, TN | Oakridge, TN | Tullahoma, TN | Harrisonburg, VA | Martinsville, VA | Total |
|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 59 | 55 | 122 | 79 | 62 | 67 | 55 | 7,071 |
| | | | | | | | | |
| Rooms available | 21,535 | 20,075 | 44,530 | 28,835 | 22,630 | 24,455 | 20,075 | 2,580,915 |
| Rooms sold | 11,762 | 13,103 | 24,672 | 21,886 | 14,791 | 16,099 | 10,311 | 1,450,240 |
| Occupancy | 54.62% | 65.27% | 55.41% | 72.43% | 65.36% | 65.46% | 53.35% | 56.42% |
| Average rate | 67.33 | 69.42 | 73.77 | 66.79 | 66.57 | 72.59 | 73.65 | 68.14 |
| RevPar | 36.77 | 45.31 | 40.87 | 48.38 | 43.51 | 47.52 | 40.36 | 38.39 |
| **REVENUES** | | | | | | | | |
| Room | 741,895 | 909,628 | 1,820,156 | 1,304,927 | 984,888 | 1,162,156 | 810,598 | 99,082,316 |
| JISA Contra-revenue | (8,869) | (10,220) | (20,358) | (15,664) | (11,114) | (13,080) | (9,392) | (1,109,643) |
| Telephone | 1,312 | 6,982 | 2,272 | 1,406 | 1,844 | 644 | 2,368 | 229,461 |
| Meeting room | | | 26,590 | 175 | | | | 573,749 |
| Other | 2,632 | 2,254 | 5,664 | 2,584 | 1,742 | 4,286 | 3,124 | 386,054 |
| **Total Revenues** | 786,970 | 908,644 | 1,834,324 | 1,385,560 | 976,759 | 1,154,005 | 806,698 | 99,161,936 |
| **VARIABLE EXPENSES** | | | | | | | | |
| Room expenses | 156,155 | 146,162 | 280,281 | 195,985 | 131,513 | 164,910 | 118,034 | 17,818,041 |
| Telephone expenses | 10,200 | 10,140 | 15,240 | 8,640 | 6,420 | 6,720 | 5,820 | 880,809 |
| Meeting room expense | | | 1,852 | | | | | 59,993 |
| Continental breakfast | 21,865 | 31,295 | 51,022 | 26,897 | 27,446 | 36,938 | 24,570 | 2,969,152 |
| Maintenance and repair | 37,892 | 43,134 | 100,253 | 52,184 | 39,354 | 46,347 | 41,997 | 5,450,075 |
| Utilities | 52,665 | 43,354 | 102,175 | 63,627 | 51,025 | 54,737 | 48,950 | 6,316,976 |
| Sales & marketing | 28,183 | 16,182 | 101,019 | 11,478 | 17,204 | 14,107 | 30,861 | 4,472,300 |
| Reservation expense | 8,417 | 10,085 | 16,802 | 23,558 | 19,447 | 17,240 | 9,910 | 971,907 |
| Franchise fees | | | | | | | | 176,453 |
| General and administrative | 90,801 | 120,533 | 169,670 | 148,337 | 107,422 | 121,170 | 109,421 | 11,102,328 |
| **Total Variable Expenses** | 405,317 | 420,885 | 828,315 | 549,506 | 390,837 | 462,169 | 386,545 | 50,218,025 |
| **GOP** | 381,653 | 487,759 | 1,006,009 | 836,063 | 585,922 | 691,836 | 420,153 | 48,943,912 |
| GOP % | 48.5% | 53.7% | 54.8% | 60.3% | 60.0% | 60.0% | 52.1% | 49.4% |
| **FIXED EXPENSES** | | | | | | | | |
| Property taxes | 12,256 | 37,800 | 57,289 | 31,272 | 49,881 | 18,613 | 20,888 | 3,573,655 |
| Insurance | 12,666 | 11,807 | 26,590 | 19,959 | 13,310 | 14,383 | 11,807 | 1,516,648 |
| Ground Leases | | | | | | | | 121,554 |
| Base Management Fee | 23,699 | 27,259 | 55,030 | 41,567 | 29,303 | 34,020 | 24,291 | 2,974,858 |
| FF&E Reserve | 31,479 | 36,346 | 73,373 | 55,422 | 39,070 | 46,160 | 32,288 | 3,969,477 |
| **Total Fixed Expenses** | 80,010 | 113,212 | 211,881 | 144,221 | 131,564 | 113,776 | 89,164 | 12,152,193 |
| **NET OPERATING INCOME** | 301,643 | 374,547 | 794,128 | 691,842 | 454,359 | 578,060 | 330,989 | 36,791,718 |
| Incentive Management Fee | 11,805 | 13,630 | 27,515 | 20,784 | 14,651 | 17,310 | 12,100 | 1,487,429 |
| **ADJUSTED NET OPERATING INCOME** | 289,838 | 360,917 | 766,613 | 671,058 | 439,707 | 560,749 | 318,889 | 35,304,289 |
| NOI % | 38.3% | 41.2% | 43.3% | 49.9% | 46.5% | 50.1% | 41.0% | 37.1% |
| ANOI % | 36.8% | 39.7% | 41.8% | 48.4% | 45.0% | 48.6% | 39.5% | 35.6% |