IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| JER/Jameson Mezz Borrower II LLC, *et al.*[1] | : | Case No. 11-13338 (MFW) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Objection Deadline: November 29, 2011 at 4:00 p.m. (EST) |
| | : | Hearing Date: December 6, 2011 at 11:30 a.m. (EST) |
| | x | |

## NOTICE OF MOTION

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE, (II) THE DEBTORS, AND (III) THOSE PERSONS WHO HAVE REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE that Colony JIH Lenders ("Colony") has filed the attached Colony JIH Lenders' Motion for Entry of an Order (I) Authorizing the Colony JIH Lenders to File Under Seal Their Pretrial Brief and Expert Report in Support of Their Motions to Dismiss the Chapter 11 Case of JER/Jameson Mezz Borrower II LLC and for Relief from the Automatic Stay, and (II) Granting Related Relief (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that objections to the Motion, if any, must be filed on or before **November 29, 2011 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned counsel to Colony so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD **DECEMBER 6, 2011 AT 11:30 A.M. (ET)**, BEFORE THE HONORABLE MARY J. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: JER/Jameson Mezz Borrower II LLC (6522); JER/Jameson Mezz Borrower I LLC (6488); JER/Jameson Properties LLC (6426); JER/Jameson NC Properties LP (8691); and JER/Jameson GP LLC (6272). Each Debtor's mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THIS COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
November 18, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Pauline K. Morgan
Pauline K. Morgan (No. 3650)
John T. Dorsey (No. 2988)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lindsee P. Granfield, Esq.
Sean A. O'Neal, Esq.
Jane VanLare, Esq.
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for the Colony JIH Lenders*