# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------  x
In re:                                        :    Chapter 11
                                              :
JER/Jameson Mezz Borrower II LLC, et al.      :    Case No. 11-13338 (MFW)
                                              :    (Jointly Administered)
                        Debtors.              :
                                              :    Ref. Docket No. __
------------------------------------------------------------  x
```

### ORDER (I) AUTHORIZING THE COLONY JIH LENDERS TO FILE UNDER SEAL THEIR PRETRIAL BRIEF AND EXPERT REPORT IN SUPPORT OF THEIR MOTIONS TO DISMISS THE CHAPTER 11 CASE OF JER/JAMESON MEZZ BORROWER II LLC AND FOR RELIEF FROM THE AUTOMATIC STAY, AND (II) GRANTING RELATED RELIEF

Upon consideration of the motion (the "Seal Motion")[1] filed by the Colony JIH

Lenders for entry of an order pursuant to § 107(b) of the Bankruptcy Code, Bankruptcy Rule

9018, and Local Rule 9018-1(b) (i) authorizing the Colony JIH Lenders to file under seal the

unredacted version of their Pretrial Brief and the related Expert Report, and (ii) to the extent

necessary, enlarging the time period under the Scheduling Order for filing the Pretrial Brief so as

to permit the Colony JIH Lenders to file a redacted version on or before 12:00 p.m. (ET) on

November 21, 2011; and the Court concluding that it has jurisdiction over the Seal Motion

pursuant to 28 U.S.C. §§ 1334 and 157, that the Seal Motion is a core proceeding within the

meaning of 28 U.S.C. § 157(b)(2), that venue of the Seal Motion is proper in this District

pursuant to 28 U.S.C. §§ 1408 and 1409, and that the relief requested in the Seal Motion is

appropriate under the circumstances; and it appearing that notice of the Seal Motion was

appropriate under the circumstances and that no other or further notice need be given; and after

due deliberation, and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Seal Motion is GRANTED as set forth herein; and it is

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Seal Motion.

further

ORDERED that the Colony JIH Lenders are authorized to file the Pretrial Brief and the Expert Report under seal, provided that the Colony JIH Lenders shall have filed a redacted version of the Pretrial Brief on or before November 21, 2011, at 12:00 p.m. (EST); and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2011

_____
Mary F. Walrath
United States Bankruptcy Judge