## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------  x
In re:                                          :   Chapter 11
                                                :
JER/Jameson Mezz Borrower II LLC, et al.¹        :   Case No. 11-13338 (MFW)
                                                :   (Jointly Administered)
                        Debtors.                :
                                                :
-------------------------------------------------------------------  x
```

### MOTION FOR LEAVE TO EXCEED PAGE LIMIT
### REQUIREMENTS WITH RESPECT TO THE COLONY JIH LENDERS'
### PRE-HEARING BRIEF IN FURTHER SUPPORT OF THEIR MOTIONS
### (I) TO DISMISS THE SECOND MEZZ BORROWER'S CHAPTER 11 CASE
### PURSUANT TO SECTION 1112(b) AND/OR 305(a) OF THE BANKRUPTCY
### CODE, WITH PREJUDICE AND (II) FOR RELIEF FROM THE AUTOMATIC
### STAY PURSUANT TO SECTIONS 362(d) AND (f) OF THE BANKRUPTCY CODE

CDCF JIH Funding, LLC, together with ColFin JIH Funding, LLC (collectively, the

"Colony JIH Lenders"), hereby move this Court (the "Motion") for entry of an order, pursuant to

Rule 7007-2(a)(iv) of the Local Rules of Practice and Procedure of the United States Bankruptcy

Court for the District of Delaware (the "Local Rules"), authorizing the Colony JIH Lenders to

exceed the page limit requirement for their *Pre-Hearing Brief in Further Support of their*

*Motions (I) to Dismiss the Second Mezz Borrower's Chapter 11 Case Pursuant to Section*

*1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice and (II) for Relief from the*

*Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code* (the "Pretrial Brief")

filed concurrently herewith. In support of this Motion, the Colony JIH Lenders respectfully state

as follows:

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: JER/Jameson Mezz Borrower II LLC (6522); JER/Jameson Mezz Borrower I LLC (6488); JER/Jameson Properties LLC (6426); JER/Jameson NC Properties LP (8691); and JER/Jameson GP LLC (6272). Each Debtor's mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

1.  On October 18, 2011, JER/Jameson Mezz Borrower II LLC (the "Second Mezz Borrower") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court.

2.  On October 21, 2011, the Colony JIH Lenders filed emergency motions to dismiss the bankruptcy case of the Second Mezz Borrower [D.I. 9] (the "Motion to Dismiss") and for relief from the automatic stay [D.I. 10] (the "Stay Relief Motion" and together with the Motion to Dismiss, the "Emergency Motions"). This Court granted shortened notice with respect to the Emergency Motions because, among other things, a foreclosure auction of certain of the assets belonging to JER/Jameson NC Properties LP and/or JER/Jameson Properties LLC (collectively, the "Mortgage Borrowers") was scheduled for November 1, 2011, and such foreclosure threatened the value of the Colony JIH Lenders' collateral with respect to the Second Mezz Borrower.

3.  On October 25, 2011 - the day before the Emergency Motions were to be considered by this Court - JER/Jameson Mezz Borrower I LLC ("First Mezz Borrower") commenced its own bankruptcy case (Case No. 11-13392).

4.  On October 26, 2011, a few hours before the Emergency Motions were to be considered by this Court, the Mortgage Borrowers filed for bankruptcy relief.

5.  Because the filing of the Mortgage Borrowers stayed the November 1 foreclosure auction of the Mortgage Borrower's assets, the Colony JIH Lenders withdrew their request for emergency relief, but continued the Emergency Motions pursuant to regular notice. A hearing on the Emergency Motions is scheduled for November 22, 2011.

6.  Local Rule 7007-2(a)(iv), made applicable to the Pretrial Brief by the General Chambers Procedures dated June 30, 2011, provides that all opening and answering briefs shall

not exceed forty pages in length. Del. Bankr. L. R. 7007-2(a)(iv); General Chambers Pro. at 2, ¶ 2(a)(vi). Notwithstanding the foregoing, a brief, such as the Pretrial Brief, may exceed forty pages with leave of court. Del. Bankr. L. R. 7007-2(a)(iv).

7.     The Colony JIH Lenders respectfully submit that allowing the Pretrial Brief to exceed the page limitations prescribed by Local Rule 7007-2 and the General Chambers Procedures is appropriate and justified under these circumstances. The additional pages are necessary because, among other things, the Pretrial Brief provides combined briefing with respect to both the Motion to Dismiss and the Stay Relief Motion, including discussion of the evidence obtained in the discovery conducted to date. Although the Colony JIH Lenders have tried to be as succinct as practicable under the circumstances in the Pretrial Brief, the Colony JIH Lenders are simply unable to provide the Court with the information necessary for the full and fair adjudication of the matters to be considered if they remain subject to the page limitations set forth in Local Rule 7007-2 and the General Chambers Procedures.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, based on the foregoing, the Colony JIH Lenders respectfully request that this Court enter an order granting the relief requested herein, substantially in the form attached hereto as Exhibit A, allowing the Colony JIH Lenders to file their Pretrial Brief notwithstanding the page limitation contained in Local Rule 7007-2(a)(iv).

Dated: November 18, 2011
      Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Pauline K. Morgan*

Pauline K. Morgan (No. 3650)
John T. Dorsey (No. 2988)
Margaret Whiteman Greecher (No. 4652)
Patrick A. Jackson (No. 4976)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lindsee P. Granfield, Esq.
Sean A. O'Neal, Esq.
Jane VanLare, Esq.
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for the Colony JIH Lenders*