## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------  x
In re:                                                    :     Chapter 11
                                                          :
JER/Jameson Mezz Borrower II LLC, et al.¹                 :     Case No. 11-13338 (MFW)
                                                          :     (Jointly Administered)
                        Debtors.                          :
                                                          :
--------------------------------------------------------  x     Ref. Docket No.___
```

## ORDER GRANTING MOTION
## FOR LEAVE TO EXCEED PAGE LIMIT
## REQUIREMENTS WITH RESPECT TO THE COLONY JIH LENDERS'
## PRE-HEARING BRIEF IN FURTHER SUPPORT OF THEIR MOTIONS
## (I) TO DISMISS THE SECOND MEZZ BORROWER'S CHAPTER 11 CASE
## PURSUANT TO SECTION 1112(b) AND/OR 305(a) OF THE BANKRUPTCY
## CODE, WITH PREJUDICE AND (II) FOR RELIEF FROM THE AUTOMATIC
## STAY PURSUANT TO SECTIONS 362(d) AND (f) OF THE BANKRUPTCY CODE

Upon consideration of the *Motion for Leave to Exceed Page Limit Requirements with*

*Respect to the Colony JIH Lenders' Pre-Hearing Brief in Further Support of their Motions (I) to*

*Dismiss the Second Mezz Borrower's Chapter 11 Case Pursuant to Section 1112(b) and/or*

*305(a) of the Bankruptcy Code, with Prejudice and (II) for Relief from the Automatic Stay*

*Pursuant to Sections 362(d) and (f) of the Bankruptcy Code* (the "Motion")²; and it appearing

that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 157(b)(2); and the

Court having determined that granting the relief requested in the Motion is appropriate under the

circumstances; and it appearing that due and adequate notice of the Motion has been given, and

---

¹ The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: JER/Jameson Mezz Borrower II LLC (6522); JER/Jameson Mezz Borrower I LLC (6488); JER/Jameson Properties LLC (6426); JER/Jameson NC Properties LP (8691); and JER/Jameson GP LLC (6272). Each Debtor's mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

² All capitalized terms used, but not otherwise, defined herein shall have the meanings ascribed to such terms in the Motion.

that no other or further notice need be given; and the Court having determined that the Colony JIH Lenders have demonstrated sufficient justification for approval of the Motion; and after due deliberation, and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED in its entirety; and it is further

ORDERED that the Colony JIH Lenders are authorized to file the Pretrial Brief in excess of the forty-page limitation prescribed by Local Rule 7007-2(a)(iv) and the General Chambers Procedures.

Dated: Wilmington, Delaware
      November ___, 2011

_____
Mary F. Walrath
United States Bankruptcy Judge