IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
JER/Jameson Mezz Borrower II LLC, et al.,[1]                 :   Case No. 11-13338 (MFW)
                                                             :
                          Debtors.                           :   Hr'g Date: 11/22/11
------------------------------------------------------------ x   Ref. Dkt Nos. 9, 10, 12, 25
```

COLONY JIH LENDERS' PRE-HEARING BRIEF
IN FURTHER SUPPORT OF THEIR MOTIONS
(I) TO DISMISS THE SECOND MEZZ BORROWER'S
CHAPTER 11 CASE PURSUANT TO SECTION 1112(b)
AND/OR 305(a) OF THE BANKRUPTCY CODE, WITH PREJUDICE
AND (II) FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO SECTIONS 362(d) AND (f) OF THE BANKRUPTCY CODE

DOCUMENT FILED UNDER SEAL

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number are: JER/JAMESON MEZZ BORROWER II LLC (6522); JER/JAMESON MEZZ BORROWER I LLC (6488); JER/JAMESON PROPERTIES LLC (6426); JER/JAMESON NC PROPERTIES LP (8691); and JER/JAMESON GP LLC (6272). The Debtors' mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

Dated: Wilmington, Delaware
November 18, 2011

                              YOUNG CONAWAY STARGATT &
                              TAYLOR, LLP

                              */s/ Pauline K. Morgan*
                              Pauline K. Morgan (No. 3650)
                              John T. Dorsey (No. 2988)
                              Margaret Whiteman Greecher (No. 4652)
                              Patrick A. Jackson (No. 4976)
                              The Brandywine Building
                              1000 West Street, 17th Floor
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253

                              -and-

                              CLEARY GOTTLIEB STEEN &
                              HAMILTON LLP
                              Lindsee P. Granfield, Esq.
                              Sean A. O'Neal, Esq.
                              Jane VanLare, Esq.
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone: (212) 225-2000
                              Facsimile: (212) 225-3999

                              *Attorneys for the Colony JIH Lenders*