UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
JER/Jameson Mezz Borrower II LLC, et al.[1]                     :   Case No. 11-13338 (MFW)
                                                                :   (Jointly Administered)
                        Debtors.                                :
                                                                :
---------------------------------------------------------------- x

## COLONY JIH LENDERS' NOTICE OF FILING OF EXPERT REPORT

**PLEASE TAKE NOTICE THAT** CDCF JIH Funding, LLC, together with ColFin JIH Funding, LLC (collectively, the "Colony JIH Lenders"), hereby submit the *Amended Expert Report of Lawrence Y. Kwon* (the "Kwon Report"), attached hereto as Exhibit A, pursuant to paragraph 10 of the *Scheduling Order Regarding Colony JIH Lenders' Emergency Motion for Entry Of An Order Dismissing JER/Jameson Mezz Borrower II LLC'S Chapter 11 Case And Colony JIH Lenders' Emergency Motion for Entry Of An Order Granting Relief From The Automatic Stay*, dated November 1. 2011 [D.I. 113].

Dated:  Wilmington, Delaware
        November 18, 2011

                                        YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                        */s/ Pauline K. Morgan*
                                        Pauline K. Morgan (No. 3650)
                                        John T. Dorsey (No. 2988)
                                        Margaret Whiteman Greecher (No. 4652)
                                        Patrick A. Jackson (No. 4976)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: JER/Jameson Mezz Borrower II LLC (6522); JER/Jameson Mezz Borrower I LLC (6488); JER/Jameson Properties LLC (6426); JER/Jameson NC Properties LP (8691); and JER/Jameson GP LLC (6272). Each Debtor's mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lindsee P. Granfield, Esq.
Sean A. O'Neal, Esq.
Jane VanLare, Esq.
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for the Colony JIH Lenders*