IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JER/JAMESON MEZZ | ) | Case No. 11-13338 (MFW) |
| BORROWER II LLC, et al.[1] | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DEBTORS' PRETRIAL DISCLOSURES
## PURSUANT TO FED. R. CIV. PROC 26(a)(3)(A)

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby provide pretrial disclosures pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure and the *Scheduling Order Regarding Colony JIH Lenders' Emergency Motion For Entry of an Order Dismissing Jer/Jameson Mezz Borrower II LLC's Chapter 11 Case And Colony JIH Lenders' Emergency Motion For Entry of an Order Granting Relief From the Automatic Stay* entered on November 2, 2011 [Dkt. No. 113]. The disclosures are based on information presently available to the Debtors based on a good faith investigation of evidence that may be presented at the hearing scheduled on November 22, 2011 (the "Hearing"), other than evidence that may be presented for impeachment and/or rebuttal at the Hearing.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers, are JER/JAMESON MEZZ BORROWER II LLC (6522); JER/JAMESON MEZZ BORROWER I LLC (6488); JER/JAMESON PROPERTIES LLC (6426); JER/JAMESON NC PROPERTIES LP (8691); and JER/JAMESON GP LLC (6272). The Debtors' mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

## WITNESSES

The Debtors expect the following witnesses to testify at the Hearing:

1. James Gregory

2. Matt Niemann

3. Todd Sammann

The Debtors may call the following additional witnesses to testify at the Hearing if the need arises:

1. Larry Kwon

2. Marc Beilinson

3. Andrea Unterberger Tinianow

4. Michelle Dreyer

5. George Carleton

6. Alfred Trivilino

The Debtors expect that testimony of the following witnesses will be presented based on transcripts of their deposition testimony:

1. Michael Shea

2. Dan Marthinsen

## EXHIBITS

The Debtors expect to offer documents into evidence consisting of all exhibits designated in connection with depositions completed in this action to date. The Debtors incorporate the list of exhibits filed by the JIH Colony Lenders.

DOCS_SF:78863.1 46344-001

Dated: November 18, 2011　　　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Laura Davis Jones (Bar No. 2436)
　　　　　　　　　　　　　　　　　　　　　　Alan J. Kornfeld (CA Bar No. 130063)
　　　　　　　　　　　　　　　　　　　　　　Maxim B. Litvak (CA Bar No. 215852)
　　　　　　　　　　　　　　　　　　　　　　Timothy P. Cairns (Bar No. 4228)
　　　　　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-8705 (Courier 19801)
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 652-4100
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 652-4400
　　　　　　　　　　　　　　　　　　　　　　Email: ljones@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　akornfeld@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　mlitvak@pszjlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　tcairns@pszjlaw.com

　　　　　　　　　　　　　　　　　　　　　　[Proposed] Counsel for Debtors and
　　　　　　　　　　　　　　　　　　　　　　Debtors in Possession