IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JER/JAMESON MEZZ BORROWER II LLC, *et al.*,[1] | ) ) ) | Case No. 11-13338 (MFW) |
| | ) | Jointly Administered |
| Debtors. | ) ) | |
| | ) | **Related to Docket Nos. 9, 10** |

**DEBTORS' TRIAL BRIEF IN SUPPORT OF OPPOSITION TO COLONY'S EMERGENCY MOTIONS FOR (A) DISMISSAL OF JER/JAMESON MEZZ BORROWER II LLC'S CHAPTER 11 CASE, AND (B) RELIEF FROM THE AUTOMATIC STAY**

# FILED UNDER SEAL

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are JER/JAMESON MEZZ BORROWER II LLC (6522); JER/JAMESON MEZZ BORROWER I LLC (6488); JER/JAMESON PROPERTIES LLC (6426); JER/JAMESON NC PROPERTIES LP (8691); and JER/JAMESON GP LLC (6272). The Debtors' mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.