IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JER/JAMESON MEZZ | ) | |
| BORROWER II LLC, et al.,[1] | ) | Case No. 11-13338 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No. 196** |

## THIRD[2] AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 22, 2011, AT *11:30 A.M.*[3]

**PLEASE NOTE: HEARING WILL BEGIN AT 11:30 A.M.**

**PLEASE NOTE THAT THE HEARING WILL BE
HELD AT THE FOLLOWING LOCATION:**

**824 N. MARKET STREET
5th FLOOR, COURTROOM NO. 4
WILMINGTON, DELAWARE**

**CONTESTED MATTERS:**

1. Colony JIH Lenders' Emergency Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 9)

    Response Deadline: October 25, 2011 at 2:00 p.m.

    Responses Received:

    A. Omnibus Objection of Debtor to Colony JIH Lenders' Emergency Motions for Entry of Orders (A) Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice, and (B) Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/25/11] (Docket No. 25)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers, are JER/JAMESON MEZZ BORROWER II LLC (6522); JER/JAMESON MEZZ BORROWER I LLC (6488); JER/JAMESON PROPERTIES LLC (6426); JER/JAMESON NC PROPERTIES LP (8691); and JER/JAMESON GP LLC (6272). The Debtors' mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

[2] **Amended information is reflected in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than 12:00 p.m. one business day prior to the hearing.

B.   Declaration of Matthew R. Neimann in Support of Omnibus Objection of Debtor to Colony JIH Lenders' Emergency Motions for Entry of Orders (A) Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice, and (B) Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/25/11] (Docket No. 26)

Related Documents:

A.   [Proposed] Order Dismissing the Debtor's Chapter 11 Case Pursuant to Sections 1112(b) and 305(a) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 9)

B.   Declaration of Christian Fuqua [Filed: 10/21/11] (Docket No. 12)

C.   [Signed] Order Shortening Notice Period for and Scheduling Expedited Hearing on Colony JIH Lenders' Emergency Motions (I) for Entry of an Order Granting Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and (II) for Entry of an Order Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 15)

D.   Notice of Colony JIH Lenders' (I) Motion to Dismiss and (II) Motion for Relief from the Stay and Related Pleadings [Filed: 10/21/11] (Docket No. 16)

E.   Scheduling Order Regarding Colony JIH Lenders' Emergency Motion for Entry of an Order Dismissing JER/Jameson Mezz Borrower II LLC's Chapter 11 Case and Colony JIH Lenders' Emergency Motion for Entry of an Order Granting Relief from the Automatic Stay [Filed: 11/2/11] (Docket No. 113)

Status: This matter will go forward. Further briefing related to this Motion is listed in Item No. 5 below.

2.   Colony JIH Lenders' Emergency Motion for Entry of an Order Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 10)

Response Deadline: October 25, 2011 at 2:00 p.m.

Responses Received:

A.   Omnibus Objection of Debtor to Colony JIH Lenders' Emergency Motions for Entry of Orders (A) Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice, and (B) Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/25/11] (Docket No. 25)

B.  Declaration of Matthew R. Neimann in Support of Omnibus Objection of Debtor to Colony JIH Lenders' Emergency Motions for Entry of Orders (A) Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice, and (B) Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/25/11] (Docket No. 26)

Related Documents:

A.  [Proposed] Order Granting the Colony JIH Lenders Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 10)

B.  Declaration of Christian Fuqua [Filed: 10/21/11] (Docket No. 12)

C.  [Signed] Order Shortening Notice Period for and Scheduling Expedited Hearing on Colony JIH Lenders' Emergency Motions (I) for Entry of an Order Granting Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and (II) for Entry of an Order Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code [Filed: 10/21/11] (Docket No. 15)

D.  Notice of Colony JIH Lenders' (I) Motion to Dismiss and (II) Motion for Relief from the Stay and Related Pleadings [Filed: 10/21/11] (Docket No. 16)

E.  Scheduling Order Regarding Colony JIH Lenders' Emergency Motion for Entry of an Order Dismissing JER/Jameson Mezz Borrower II LLC's Chapter 11 Case and Colony JIH Lenders' Emergency Motion for Entry of an Order Granting Relief from the Automatic Stay [Filed: 11/2/11] (Docket No. 113)

Status: This matter will go forward. Further briefing related to this Motion is listed in Item No. 5 below.

3.  Motion of Debtors Pursuant to Sections 105, 361, 362, 363 and 507 of The Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-2 for Entry of Interim and Final Orders (A) (I) Authorizing the Use of Cash Collateral, (II) Providing Adequate Protection, and (III) Modifying the Automatic Stay, and (B) Scheduling Final Hearing [Filed: 10/31/11] (Docket No. 79)

Response Deadline for Final Relief Requested: November 18, 2011 at 4:00 p.m.

Responses Received:

A.  Limited Objection of Wells Fargo Bank, N.A., as Special Servicer, to Debtors' Motion for Authority to Use Cash Collateral [Filed: 11/1/11] (Docket No. 95)

  i.  Exhibit B to Limited Objection of Wells Fargo Bank, N.A., as Special Servicer, to Debtors' Motion for Authority to Use Cash Collateral [Filed: 11/1/11] (Docket No. 97)

 B. Colony JIH Lenders' Objection to Debtors' Cash Collateral Motion [Filed: 11/1/11] (Docket No. 98)

 C. PMG's Response to Interim Order Authorizing Use of Cash Collateral as it Pertains to the PMG Working Capital Account and PMG Expenses [Filed: 11/18/11] (Docket No. 176)

 D. Objection of Wells Fargo Bank, N.A., as Special Servicer, to Debtors' Motion for Authority to Use Cash Collateral on Final Basis [Filed: 11/18/11] (Docket No. 177)

 E. Colony JIH Lenders' Supplemental Objection to Debtors' Cash Collateral Motion [Filed: 11/18/11] (Docket No. 178)

Related Documents:

 A. [Signed] Interim Order Authorizing Use of Cash Collateral [Filed: 11/3/11] (Docket No. 124)

 B. Notice of Entry of Interim Order and Final Hearing on Motion of Debtors Pursuant to Sections 105, 361, 362, 363 and 507 of The Bankruptcy Code, Bankruptcy Rule 4001 and Local Rule 4001-2 for Entry of Interim and Final Orders (A) (I) Authorizing the Use of Cash Collateral, (II) Providing Adequate Protection, and (III) Modifying the Automatic Stay, and (B) Scheduling Final Hearing [Filed: 11/3/11] (Docket No. 130)

Status: The Debtors intend to present an agreed second interim order on the cash collateral motion. Pursuant to the second interim order, a final hearing on cash collateral shall be held on December 6, 2011 at 11:30 a.m.

4. Motion of the Debtors for Entry of Order Authorizing, But Not Directing, the Debtors (a) To Pay Prepetition Obligations and (b) To Honor Postpetition Obligations Pursuant to the Property Management Agreement [Filed: 10/31/11] (Docket No. 81)

Response Deadline for Final Relief Requested: November 18, 2011 at 4:00 p.m.

Responses Received:

 A. Limited Objection and Reservation of Rights to (I) Debtors' Application to Retain Epiq Bankruptcy Solutions LLC, (II) Debtors' Cash Management Motion and (III) Motion to Pay Prepetition Obligations [Filed: 11/1/11] (Docket No. 96)

B.  Colony JIH Lenders' Omnibus Limited Objection to Debtors' (I) Application to Retain Claims and Balloting Agent, (II) Cash Management Motion, and (III) Motion with Respect to the Property Management Agreement [Filed: 11/1/11] (Docket No. 99)

C.  PMG's Statement in Support of Motion of the Debtors for Entry of an Order Authorizing the Debtors to Pay Prepetition Obligations and Honor Postpetition Obligations Pursuant to the Property Management Agreement [Filed: 11/18/11] (Docket No. 184)

Related Documents:

A.  [Signed] Interim Order Authorizing, But Not Directing, the Debtors (A) to Pay Certain Prepetition Employee Obligations and (B) to Honor Postpetition Obligations Pursuant to the Property Management Agreement [Filed: 11/3/11] (Docket No. 125)

B.  Notice of Entry of Interim Order and Final Hearing on Motion of the Debtors for Entry of Order Authorizing, But Not Directing, the Debtors (a) To Pay Prepetition Obligations and (b) To Honor Postpetition Obligations Pursuant to the Property Management Agreement [Filed: 11/3/11] (Docket No. 131)

C.  Supplement to Motion of the Debtors for Entry of Order Authorizing, But Not Directing, the Debtors (a) To Pay Prepetition Obligations and (b) To Honor Postpetition Obligations Pursuant to the Property Management Agreement [Filed: 11/21/11] (Docket No. 195)

Status: A hearing seeking final relief of the relief requested in the Motion will go forward.

**RELATED BRIEFING:**

5.  Briefing Related to (A) Colony JIH Lenders' Emergency Motion for Entry of an Order Dismissing the Debtor's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code and (B) Colony JIH Lenders' Emergency Motion for Entry of an Order Granting Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code

    Deadline for Submission of Briefing Materials: November 18, 2011 at 5:00 p.m.

    Related Documents:

    A.  Scheduling Order Regarding Colony JIH Lenders' Emergency Motion for Entry of an Order Dismissing JER/Jameson Mezz Borrower II LLC's Chapter 11 Case and Colony JIH Lenders' Emergency Motion for Entry of an Order Granting Relief from the Automatic Stay [Filed: 11/2/11] (Docket No. 113)

Motions Related to Briefing:

B.  Colony JIH Lenders' Motion for Entry of an Order (I) Authorizing the Colony JIH Lenders to File Under Seal Their Pretrial Brief and Expert Report in Support of Their Motions to Dismiss the Chapter 11 Case of JER/Jameson Mezz Borrower II LLC and for Relief from the Automatic Stay, and (II) Granting Related Relief [Filed: 11/18/11] (Docket No. 179)

C.  Motion for Leave to Exceed Page Limit Requirements with Respect to the Colony JIH Lenders' Pre-Hearing Brief in Further Support of Their Motions (I) to Dismiss the Second Mezz Borrower's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice and (II) for Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 11/18/11] (Docket No. 180)

D.  Debtors' Motion for Authority to File Under Seal the (I) Debtors' Trial Brief in Support of Opposition to Colony's Emergency Motions for (A) Dismissal of the Debtor's Chapter 11 Case, and (B) Relief from the Automatic Stay and (II) Expert Report of Matthew R. Neimann [Filed: 11/18/11] (Docket No. 185)

E.  Debtors' Motion for Order Pursuant to Del. L.R. 9006-1(e) Shortening Time for Notice of Hearing to Consider the Debtors' Motion for Authority to File Under Seal the (I) Debtors' Trial Brief in Support of Opposition to Colony's Emergency Motions for (A) Dismissal of the Debtor's Chapter 11 Case, and (B) Relief from the Automatic Stay and (II) Expert Report of Matthew R. Neimann [Filed: 11/18/11] (Docket No. 187)

Substantive Documents Related to Briefing:

F.  [Sealed] Colony JIH Lenders' Pre-Hearing Brief in Further Support of Their Motions (I) to Dismiss the Second Mezz Borrower's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice and (II) for Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code

G.  Colony JIH Lenders' Notice of Filing of Expert Report [Filed: 11/18/11] (Docket No. 182)

H.  Colony JIH Lenders' Notice of Pretrial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(3(A) [Filed: 11/18/11] (Docket No. 186)

I.  Debtors' Pretrial Disclosures Pursuant to Fed. R. Civ. Proc 26(a)(3)(A) [Filed: 11/18/11] (Docket No. 183)

J.  [Sealed] Debtors' Trial Brief in Support of Opposition to Colony's Emergency Motions for (A) Dismissal of JER/Jameson Mezz Borrower II LLC's Chapter 11 Case, and (B) Relief from the Automatic Stay

K. Motion to Seal Statement of Gramercy Loan Services LLC and Gramercy Warehouse Funding I LLC [Filed: 11/21/11] (Docket No. 194)

L. [Sealed] Statement of Gramercy Loan Services LLC and Gramercy Warehouse Funding I LLC

M. [Sealed] Supplement to the Pre-Hearing Brief in Further Support of Their Motions (I) to Dismiss the Second Mezz Borrower's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice and (II) for Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code

N. [Redacted] Colony JIH Lenders' Pre-Hearing Brief in Further Support of Their Motions (I) to Dismiss the Second Mezz Borrower's Chapter 11 Case Pursuant to Section 1112(b) and/or 305(a) of the Bankruptcy Code, with Prejudice and (II) for Relief from the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [Filed: 11/21/11] (Docket No. 201)

O. [Redacted] Debtors' Trial Brief in Support of Opposition to Colony's Emergency Motions for (A) Dismissal of JER/Jameson Mezz Borrower II LLC's Chapter 11 Case, and (B) Relief from the Automatic Stay [Filed: 11/21/11] (Docket No. 205)

Status: Pursuant to the Scheduling Order (Docket No. 113), the briefing on Item Nos. 1 and 2 has concluded.

Dated: November 22, 2011

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         tcairns@pszjlaw.com

[Proposed] Counsel to Debtors