IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | ) Chapter 11 |
| | ) |
| JER/JAMESON MEZZ BORROWER II LLC, *et al.*,[1] | ) Case No. 11-13338 (MFW) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related to Docket No. 303** |

**STIPULATION VOLUNTARILY DISMISSING APPEAL OF JER/JAMESON MEZZ BORROWER I LLC, JER/JAMESON PROPERTIES LLC, JER/JAMESON NC PROPERTIES LP, AND JER/JAMESON GP LLC ONLY**

**\*\*\*THIS STIPULATION DOES NOT AFFECT THE APPEAL OF JER/JAMESON MEZZ BORROWER II LLC\*\*\***

This stipulation is made this 11th day of January, 2012 by and among (i) JER/Jameson Mezz Borrower I LLC, JER/Jameson Properties LLC, JER/Jameson NC Properties LP, and JER/Jameson GP LLC and (ii) CDCF JIH Funding LLC and ColFin JIH Funding, LLC, by and through their undersigned counsel and proposed counsel, as applicable.

**WHEREAS**, on December 28, 2011, JER/Jameson Mezz Borrower II, LLC, JER/Jameson Mezz Borrower I LLC, JER/Jameson Properties LLC, JER/Jameson NC Properties LP, and JER/Jameson GP LLC filed their collective *Notice of Appeal* [Docket No. 303] (the "Appeal") in the above-captioned cases regarding the *Opinion* [Docket No. 299] and *Order* [Docket No. 300] (the "Opinion and Order").

**WHEREAS**, JER/Jameson Mezz Borrower I LLC, JER/Jameson Properties LLC, JER/Jameson NC Properties LP, and JER/Jameson GP LLC desire to dismiss their respective

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification numbers, are JER/Jameson Mezz Borrower I LLC (6488), JER/Jameson Properties LLC (6426), JER/Jameson NC Properties LP (8691), and JER/Jameson GP LLC (6272). On October 18, 2011, JER/Jameson Mezz Borrower II LLC filed in this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code, which was dismissed by the Court on December 22, 2011. The Debtors' mailing address is 4770 S. Atlanta Road, Suite 200, Smyrna, Georgia 30080.

{00589975;v2}

Appeal of the Opinion and Order voluntarily pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(1);

**WHEREAS**, JER/Jameson Mezz Borrower II LLC does not wish to dismiss its Appeal;

**NOW, THEREFORE**, the parties hereby STIPULATE and AGREE to the following:

1. The Appeal filed by JER/Jameson Mezz Borrower I LLC, JER/Jameson Properties LLC, JER/Jameson NC Properties LP, and JER/Jameson GP LLC shall be and hereby is dismissed pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(1).

2. Notwithstanding the foregoing, the Appeal filed by JER/Jameson Mezz Borrower II LLC shall remain unaffected and pending.

3. The Court shall retain jurisdiction over the parties to the extent necessary to enforce the terms of this Stipulation Voluntarily Dismissing Appeal.

| | |
|---|---|
| **ASHBY & GEDDES, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| /s/ William P. Bowden | /s/ Pauline K. Morgan |
| William P. Bowden (#2553) | Pauline K. Morgan (#3650) |
| Ricardo Palacio (#3765) | John T. Dorsey (#2988) |
| Karen B. Skomorucha (#4759) | Margaret Whiteman Greecher (#4652) |
| Leigh-Anne M. Raport (#5055) | Patrick A. Jackson (#4976) |
| 500 Delaware Avenue, 8th Floor | The Brandywine Building |
| P.O. Box 1150 | 1000 West Street, 17th Floor |
| Wilmington, Delaware 19899-1150 | P.O. Box 391 |
| Telephone: (302) 654-1888 | Wilmington, Delaware 19801 |
| Facsimile: (302) 654-2067 | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| *Proposed Counsel to JER/Jameson Mezz Borrower I LLC, JER/Jameson Properties LLC, JER/Jameson NC Properties LP, and JER/Jameson GP LLC* | -and- |
| | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| | Lindsee P. Granfield, Esq. |
| | Sean A. O'Neal, Esq. |

Jane VanLare, Esq.
One Liberty Plaza
New York, New York  10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel to CDCF JIH Funding LLC and ColFin JIH Funding, LLC*